FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2026 JAN 27   AM 11:00

# Exhibit 1

DMCA Takedown Notification #1

**From:** YouTube Copyright <youtube-disputes+24rn1cvg93w4q07@google.com>
**Sent:** Sunday, June 29, 2025 5:58 PM
**To:** nima@midwestwrestle.com
**Subject:** [EL4JADEBKZDSTJOWIZRTVNQ2M4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4PhQl-B-VUM
- Describe the work allegedly infringed: My video
  - Source of video: rhnXfPnmqqE
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jun 29, 2025 nima@midwestwrestle.com wrote:
Video IDs: 4PhQl-B-VUM

3

## DMCA Takedown Notification #2

**From:** YouTube Copyright <youtube-disputes+0fwagob9d2t7307@google.com>
**Sent:** Thursday, August 14, 2025 11:52 AM
**To:** nima@midwestwrestle.com
**Subject:** [V64A3KCXK4C3ZW7SIXPMY2LQOI] YouTube Copyright Complaint Submission

[External email - use caution]



**Copyright Infringement Notification Confirmation**
Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.
In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.
To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.
Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.
Here is the information you gave us:
- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=iLgQ2Ckxkq8
- Describe the work allegedly infringed: My video
  - Source of video: qEDDDpnO-dM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:16:25 to 0:28:18 : https://www.youtube.com/watch?v=iLgQ2Ckxkq8&t=985

4

It appears in your source video from 0:00:00 to 0:11:51 :
https://www.youtube.com/watch?v=qEDDDpnO-dM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - o This notification is accurate.
    - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Aug 14, 2025 nima@midwestwrestle.com wrote:
Video IDs: iLgQ2Ckxkq8

5

<u>DMCA Takedown Notification #3</u>

**From:** YouTube Copyright <youtube-disputes+1tcukt134n9lo07@google.com>
**Sent:** Tuesday, September 30, 2025 7:14 PM
**To:** nima@midwestwrestle.com
**Subject:** [7DRE6BF26I3DLGZU3CJKV73X3U] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=R31jLPl0vQI
- Describe the work allegedly infringed: My video
    o Source of video: hLIZR0Sp59w
    o Type of video: Internet video
    o Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:02:54 :
      https://www.youtube.com/watch?v=R31jLPl0vQI&t=0
      It appears in your source video from 0:00:05 to 0:02:59 :
      https://www.youtube.com/watch?v=hLIZR0Sp59w&t=5


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    o I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.
    o I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    o This notification is accurate.
    o I acknowledge that under Section 512(f) of the DMCA any person who
      knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    o I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 1, 2025 nima@midwestwrestle.com wrote:
Video IDs: R31jLPl0vQl

<u>DMCA Takedown Notification #4</u>

**From:** YouTube Copyright <youtube-disputes+1mmxoldk7ao9e07@google.com>
**Sent:** Friday, October 3, 2025 3:31 PM
**To:** nima@midwestwrestle.com
**Subject:** [NVXX6JUJS2PHPCGDQIUVSTHN7I] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

9

- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4-wQ95IFgTw
- Describe the work allegedly infringed: My video
    - Source of video: rhnXfPnmqqE
    - Type of video: Internet video
    - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: 4-wQ95IFgTw

## DMCA Takedown Notification #5

**From:** YouTube Copyright <youtube-disputes+07p9wefsvyxe307@google.com>
**Sent:** Friday, October 3, 2025 3:30 PM
**To:** nima@midwestwrestle.com
**Subject:** [I6SIKVHVVW2SNU3ALFCRVPUG5Q] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8Qc1s4RQsjY
- Describe the work allegedly infringed: My video
  - Source of video: Jla2k3T6HlA
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: 8Qc1s4RQsjY

<u>DMCA Takedown Notification #6</u>

**From:** YouTube Copyright <youtube-disputes+2pdgfsw07mme007@google.com>
**Sent:** Friday, October 3, 2025 3:48 PM
**To:** nima@midwestwrestle.com
**Subject:** [53NKYQ76LIPUNRJHZ37T325ADA] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7tp_9y3Yjzo
- Describe the work allegedly infringed: My video
  - Source of video: 49ETqrSq9cw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:05:07 :
    https://www.youtube.com/watch?v=7tp_9y3Yjzo&t=0
    It appears in your source video from 0:00:00 to 0:05:08 :
    https://www.youtube.com/watch?v=49ETqrSq9cw&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

14

On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: 7tp_9y3Yjzo

DMCA Takedown Notification #7

**From:** YouTube Copyright <youtube-disputes+0w4tioyck29i707@google.com>
**Sent:** Friday, October 3, 2025 4:00 PM
**To:** nima@midwestwrestle.com
**Subject:** [MHMHMZFUP7YU6XKMXKK4JNEZMA] YouTube Copyright Complaint Submission

[External email - use caution]

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position {What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

16

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=e8twG_r4QrQ
- Describe the work allegedly infringed: My video
  - o Source of video: Jod0QGJPU9g
  - o Where does the content appear?
    The content appears in the targeted video from 0:00:01 to 0:04:35 :
    https://www.youtube.com/watch?v=e8twG_r4QrQ&t=1
    It appears in your source video from 0:00:01 to 0:04:35 :
    https://www.youtube.com/watch?v=Jod0QGJPU9g&t=1


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: e8twG_r4QrQ

## DMCA Takedown Notification #8

**From:** YouTube Copyright <youtube-disputes+1zczeg2xza9xa07@google.com>
**Sent:** Friday, October 3, 2025 4:12 PM
**To:** nima@midwestwrestle.com
**Subject:** [HDCXZ3RZOJKBFEEJ2FIUNA6G2M] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com

- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4qFUtd-bzi4
- Describe the work allegedly infringed: My video
    - Source of video: ejKPBC35flg
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:01:41 :
      https://www.youtube.com/watch?v=4qFUtd-bzi4&t=0
      It appears in your source video from 0:00:04 to 0:01:45 :
      https://www.youtube.com/watch?v=ejKPBC35flg&t=4

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: 4qFUtd-bzi4

## DMCA Takedown Notification #9

**From:** YouTube Copyright <youtube-disputes+2rhcgg3jozqer07@google.com>
**Sent:** Friday, October 3, 2025 4:27 PM
**To:** nima@midwestwrestle.com
**Subject:** [UNSJ6OSTNWFFOJ7KHV4Y5E7UNE] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com

22

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VpwyyH2Gs_c
- Describe the work allegedly infringed: My video
    o Source of video: iOK_ZNzM6_M
    o Type of video: Internet video
    o Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:01:37 :
      https://www.youtube.com/watch?v=VpwyyH2Gs_c&t=0
      It appears in your source video from 0:00:00 to 0:01:37 :
      https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    o I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.
    o I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    o This notification is accurate.
    o I acknowledge that under Section 512(f) of the DMCA any person who
      knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    o I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: VpwyyH2Gs_c

<u>DMCA Takedown Notification #10</u>

**From:** YouTube Copyright <youtube-disputes+3hf0emzxgj6dn07@google.com>
**Sent:** Wednesday, October 8, 2025 5:59 PM
**To:** nima@midwestwrestle.com
**Subject:** [M6U5C3YEM4VCDTIEB3G7J4AXS4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=T7gRJ_0vvlA
- Describe the work allegedly infringed: My video
  - Source of video: 6aSCYqk-c7Y
  - Type of video: Internet video

- o   Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oNDy5XuaUzs
- Describe the work allegedly infringed: My video
  - o   Source of video: 6aSCYqk-c7Y
  - o   Type of video: Internet video
  - o   Where does the content appear?
    The content appears in the targeted video from 0:01:27 to 0:01:34 :
    https://www.youtube.com/watch?v=oNDy5XuaUzs&t=87
    It appears in your source video from 0:06:34 to 0:06:41 :
    https://www.youtube.com/watch?v=6aSCYqk-c7Y&t=394


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o   I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - o   I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - o   This notification is accurate.
  - o   I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - o   I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

26

On Oct 8, 2025 nima@midwestwrestle.com wrote:
Video IDs: T7gRJ_0vvlA, oNDy5XuaUzs

### DMCA Takedown Notification #11

**From:** YouTube Copyright <youtube-disputes+2mmusm8ydrclj07@google.com>
**Sent:** Sunday, November 16, 2025 5:40 PM
**To:** nima@midwestwrestle.com
**Subject:** [I7FDSVQMKI6T45MJFB3ITKZO6U] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=BywXd8Tswnk
- Describe the work allegedly infringed: My video
  - Title of video: Jesse Herrera of Marist IL earns a Tech Fall
  - Source of video: 5T9AkaKsV7w
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:25 :
    https://www.youtube.com/watch?v=BywXd8Tswnk&t=0
    It appears in your source video from 0:00:00 to 0:00:25 :
    https://www.youtube.com/watch?v=5T9AkaKsV7w&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=JEWksHG6tZc
- Describe the work allegedly infringed: My video
  - Title of video: Umar Mukhetdinov hits a solid throw, but was it in time?
  - Source of video: q7jROytouqo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=JEWksHG6tZc&t=0
    It appears in your source video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=q7jROytouqo&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=O-Kth6SlfIM
- Describe the work allegedly infringed: My video
  - Title of video: Tommy Boland reverses Matty Lapacek straight to near-fall criteria
  - Source of video: l2PBO8Wevlk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=O-Kth6SlfIM&t=0

It appears in your source video from 0:00:00 to 0:00:27 :
https://www.youtube.com/watch?v=l2PBO8Wevlk&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Xukys9Hppz4
- Describe the work allegedly infringed: My video
  - Title of video: Vance Domenz takes Asam Kabir back to the mat
  - Source of video: ULQyyMqm13k
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=hTF-4gfpySg
- Describe the work allegedly infringed: My video
  - Title of video: Tommy Boland reverses Matty Lapacek straight to near-fall criteria
  - Source of video: l2PBO8Wevlk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=hTF-4gfpySg&t=0
    It appears in your source video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=l2PBO8Wevlk&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Nov 16, 2025 nima@midwestwrestle.com wrote:
Video IDs: BywXd8Tswnk, JEWksHG6tZc, O-Kth6SlflM, Xukys9Hppz4, hTF-4gfpySg

DMCA Takedown Notification #12

**From:** YouTube Copyright <youtube-disputes+3v7dm1g8fpv8c07@google.com>
**Sent:** Monday, December 22, 2025 2:45 AM
**To:** nima@midwestwrestle.com
**Subject:** [CCIUPMBAAZ3HAEIBTRN5EA4PII] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=1Jeffjqkd5Q
- Describe the work allegedly infringed: My video
  - Title of video: 97 – Gavin Hanrahan {G} of IL CornStars vs. Mario Orueta {R} of Elite Athletic Club IN
  - Source of video: QcE2Vt5MHz4
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=87rugzFZ6kM
- Describe the work allegedly infringed: My video
  - Title of video: 100 – Gavin Hanrahan {G} of IL CornStars Gold vs. Lincoln Cooper {R} of Fight Barn IN
  - Source of video: XBl8-XDwlVM
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=GzPS7snkKnk
- Describe the work allegedly infringed: My video
  - Title of video: 100 15U – Anthony Kessinger {G} of Legacy National Team vs. Tiegan Newell {R} of High Rollers
  - Source of video: Ygiu26yP62U
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KzVA1fkWdrA
- Describe the work allegedly infringed: My video
  - Title of video: Marcus Milianti returns Collin Carrigan to the mat
  - Source of video: qvciq_y6a8c
  - Type of video: Internet video

- o Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:19 :
  https://www.youtube.com/watch?v=KzVA1fkWdrA&t=0
  It appears in your source video from 0:00:00 to 0:00:18 :
  https://www.youtube.com/watch?v=qvciq_y6a8c&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=M4DNcnLuT5s
- Describe the work allegedly infringed: My video
  - o Title of video: 94 – Justus Thrasher {G} of Indiana Outlaws Maroon vs. Mason Goelz {R} of OutWay FA IN
  - o Source of video: DVwPBQlDBoY
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=MkmO9owaiG4
- Describe the work allegedly infringed: My video
  - o Title of video: 97 – Gavin Hanrahan {G} of Illinois CornStars vs. Payton Paguada {R} of A–Town Firebirds
  - o Source of video: VoBQV2rT4gs
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=UoRu64r_Dn4
- Describe the work allegedly infringed: My video
  - o Title of video: 100 -- Colton Russell {G} of Pursuit Wrestling OH vs. Gavin Hanrahan {R} of IL CornStars Gold
  - o Source of video: kmBYK4WeHQM
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fLh6lbigsuo
- Describe the work allegedly infringed: My video

34

- o Title of video: 100 – Gavin Hanrahan {G} of Illinois CornStars vs. Huggy Williams {R} of Pursuit Ohio
- o Source of video: NEKW1x8rzSw
- o Type of video: Internet video
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=lIQT4xUuQWs
- Describe the work allegedly infringed: My video
  - o Title of video: 80 15U – Noel Verduzco {G} Elite Athletic Club vs. Traevon Ducking {R} of Indiana Outlaws
  - o Source of video: G-ErtUWnnns
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=tMjZWI3T3is
- Describe the work allegedly infringed: My video
  - o Title of video: Connor Kelly restrains Ben Zeman in near-fall criteria to pick up 3 points
  - o Source of video: U3vS65lYlkw
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vei7fVIFv3s
- Describe the work allegedly infringed: My video
  - o Title of video: 100 – Gavin Hanrahan {G} of Illinois CornStars vs. Dylan Eimer {R} of Elite Athletic Club IN
  - o Source of video: rRJ0nt2QoTE
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- o   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.
- o   I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 22, 2025 nima@midwestwrestle.com wrote:
Video IDs: 1Jeffjqkd5Q, 87rugzFZ6kM, GzPS7snkKnk, KzVA1fkWdrA, M4DNcnLuT5s, MkmO9owaiG4, UoRu64r_Dn4, fLh6lbigsuo, lIQT4xUuQWs, tMjZWI3T3is, vei7fVlFv3s

DMCA Takedown Notification #13

**From:** YouTube Copyright <youtube-disputes+0be92b5zwvy5f07@google.com>
**Sent:** Wednesday, December 31, 2025 11:39 AM
**To:** nima@midwestwrestle.com
**Subject:** [QJ6HV3MME3YL6NPW2IGXQE2UJ4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=5rwfkEwzUCU
- Describe the work allegedly infringed: My video
  - o Title of video: 110 – Kimani Glasper {G} of Chicago Westinghouse IL
    vs. Kiely Domyancich {R} of LaSalle Peru IL
  - o Source of video: 4kGOQzAJo-w
  - o Type of video: Internet video
  - o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 31, 2025 nima@midwestwrestle.com wrote:
Video IDs: 5rwfkEwzUCU

<u>DMCA Takedown Notification #14</u>

**From:** YouTube Copyright <youtube-disputes+136omq95jw4cv07@google.com>
**Sent:** Tuesday, January 20, 2026 5:32 PM
**To:** nima@midwestwrestle.com
**Subject:** [HHL7JQJIYA7ZYO6457L2G62P74] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle

40

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=BDeWlb0pQIM
- Describe the work allegedly infringed: My video
  - Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - Source of video: Jla2k3T6HIA
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ESH6svhamNo
- Describe the work allegedly infringed: My video
  - Title of video: 49 kg Girls Freestyle – Sara McLaughlin {B} of IL Cornstars Black vs. Charlie Jones {R} of WOW South
  - Source of video: WT9-gEnJ_3g
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:04:36 :
    https://www.youtube.com/watch?v=ESH6svhamNo&t=0
    It appears in your source video from 0:00:00 to 0:04:36 :
    https://www.youtube.com/watch?v=WT9-gEnJ_3g&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=HlIcmGZb9wc
- Describe the work allegedly infringed: My video
  - Title of video: 68 kg Girls Freestyle – Nebi Tsarni {B} of Illinois Cornstars Black vs. Ryen Hickey {R} of WOW South
  - Source of video: ZpxBN9xpRcM
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=NbNdUIlklvY

41

- Describe the work allegedly infringed: My video
    - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
    - o Source of video: Jla2k3T6HIA
    - o Type of video: Internet video
    - o Where does the content appear?
      The content appears in the targeted video from 0:01:26 to 0:04:29 :
      https://www.youtube.com/watch?v=NbNdUIlklvY&t=86
      It appears in your source video from 0:01:26 to 0:04:29 :
      https://www.youtube.com/watch?v=Jla2k3T6HIA&t=86


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QnL1I6fkHZg
- Describe the work allegedly infringed: My video
    - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
    - o Source of video: Jla2k3T6HIA
    - o Type of video: Internet video
    - o Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aFe7x-mN5w0
- Describe the work allegedly infringed: My video
    - o Title of video: 68 kg Girls Freestyle – Nebi Tsarni {B} of Illinois Cornstars Black vs. Ryen Hickey {R} of WOW South
    - o Source of video: ZpxBN9xpRcM
    - o Type of video: Internet video
    - o Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:02:46 :
      https://www.youtube.com/watch?v=aFe7x-mN5w0&t=0
      It appears in your source video from 0:00:00 to 0:02:46 :
      https://www.youtube.com/watch?v=ZpxBN9xpRcM&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=csO_qDDYb-Q
- Describe the work allegedly infringed: My video
    - o Title of video: 68 kg Girls Freestyle – Nebi Tsarni {B} of Illinois Cornstars Black vs. Ryen Hickey {R} of WOW South

42

- o Source of video: ZpxBN9xpRcM
- o Type of video: Internet video
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=dGs8-qtAvY8
- Describe the work allegedly infringed: My video
  - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - o Source of video: Jla2k3T6HlA
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=mLKaKgJuRVI
- Describe the work allegedly infringed: My video
  - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - o Source of video: Jla2k3T6HlA
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qyAzZV88AuY
- Describe the work allegedly infringed: My video
  - o Title of video: 49 kg Girls Freestyle – Sara McLaughlin {B} of IL Cornstars Black vs. Charlie Jones {R} of WOW South
  - o Source of video: WT9-gEnJ_3g
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- o   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o   This notification is accurate.
- o   I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

\- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 20, 2026 nima@midwestwrestle.com wrote:
Video IDs: BDeWlb0pQIM, ESH6svhamNo, HIIcmGZb9wc, NbNdUIlklvY, QnL1I6fkHZg, aFe7x-mN5w0, csO_qDDYb-Q, dGs8-qtAvY8, mLKaKgJuRVl, qyAzZV88AuY

## DMCA Takedown Notification #15

**From:** YouTube Copyright <youtube-disputes+2hhtw1fw44vs307@google.com>
**Sent:** Tuesday, January 20, 2026 5:40 PM
**To:** nima@midwestwrestle.com
**Subject:** [7TZPBCSYDJJ53HN22XMTUJTL4U] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=tUA_LwT1qo4
- Describe the work allegedly infringed: My video
    o Title of video: 62 kg Girls Freestyle – Ava Vasey {B} of Illinois Cornstars
      Black vs. Olivia Adams {R} of WOW South
    o Source of video: DLTYNh3pvaU
    o Type of video: Internet video
    o Where does the content appear?
      The content appears in the targeted video from 0:00:01 to 0:02:15 :
      https://www.youtube.com/watch?v=tUA_LwT1qo4&t=1
      It appears in your source video from 0:00:01 to 0:02:15 :
      https://www.youtube.com/watch?v=DLTYNh3pvaU&t=1


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=zuSMjnr6Kv4
- Describe the work allegedly infringed: My video
    o Title of video: 62 kg Girls Freestyle – Ava Vasey {B} of Illinois Cornstars
      Black vs. Olivia Adams {R} of WOW South
    o Source of video: DLTYNh3pvaU
    o Type of video: Internet video
    o Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    o I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.
    o I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    o This notification is accurate.
    o I acknowledge that under Section 512(f) of the DMCA any person who
      knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    o I understand that abuse of this tool will result in termination of my
      YouTube channel.

- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 20, 2026 nima@midwestwrestle.com wrote:
Video IDs: tUA_LwT1qo4, zuSMjnr6Kv4

47

## DMCA Takedown Notification #16

**From:** YouTube Copyright <youtube-disputes+19o0g67kbxhmt07@google.com>
**Sent:** Wednesday, January 21, 2026 3:15 PM
**To:** nima@midwestwrestle.com
**Subject:** [DM2DUHYUHVRL2BFA7AMDS3FRZ4] YouTube Copyright Complaint Submission

[External email - use caution]



**Copyright Infringement Notification Confirmation**
Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.
In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.
To check the status of your takedown request, go to the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.
Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.
Here is the information you gave us:
- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=f6_OAElPYZM
- Describe the work allegedly infringed: My video
  - Title of video: Olyve Havens shoots a single leg and scores a takedown
  - Source of video: oDFq77N82T4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:15 : https://www.youtube.com/watch?v=f6_OAElPYZM&t=0

48

It appears in your source video from 0:00:00 to 0:00:15 :
https://www.youtube.com/watch?v=oDFq77N82T4&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi
- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jan 21, 2026 nima@midwestwrestle.com wrote:
Video IDs: f6_OAElPYZM

<u>DMCA Takedown Notification #17</u>

**From:** YouTube Copyright <youtube-disputes+0omysg6kp5xo307@google.com>
**Sent:** Wednesday, January 21, 2026 4:18 PM
**To:** nima@midwestwrestle.com
**Subject:** [3UDAQMMH6XXEGYZI4K2D7EUJTY] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's Removal requests page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=U9So5TpqKk8
- Describe the work allegedly infringed: My video
  - Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:01:21 :
    https://www.youtube.com/watch?v=U9So5TpqKk8&t=0
    It appears in your source video from 0:00:02 to 0:01:32 :
    https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=2


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 21, 2026 nima@midwestwrestle.com wrote:
Video IDs: U9So5TpqKk8