# Exhibit 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| In re DMCA 512(h) Subpoena to Google LLC | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google LLC
1600 Amphitheatre Pkwy, Mountain View, CA 94043
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Nima Gharavi<br>4610 North Clark St. #1098<br>Chicago, IL 60640 | Date and Time:<br>02/16/2026 5:37 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____     _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiff__
__Nima Gharavi__, who issues or requests this subpoena, are:
Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A TO SUBPOENA TO GOOGLE LLC

### SCHEDULE OF DOCUMENTS TO BE PRODUCED

A. For each of the subsequently listed YouTube account(s), subscriber information—including, but not limited to, full legal name, physical address(es), telephone number(s), electronic mail addresses, and logs of Internet Protocol addresses used to access the subject account(s)—for the time period beginning from three (3) years to the date of production. The subscriber information search shall encompass all Google LLC systems with respect to the alleged infringement at issue—including, but not limited to, systems supporting YouTube, Google, and AdSense.

B. For each of the subsequently listed YouTube account(s), all:

1. Google Account "SubscriberInfo.html" file(s);
2. Google AdSense billing profile(s);
3. Google AdSense ID(s) linked to YouTube monetization;
4. Physical mailing address(es) linked to any AdSense account(s);
5. YouTube channels that are or have been linked to any AdSense account(s); and
6. Multi-Channel Network (MCN) affiliation information, including the name of the MCN, date of integration, and contact details.

## USER ACCOUNTS FROM DMCA NOTICE #1

1. @WrestlingVirality (Wrestling Virality)
    a. htttps://www.youtube.com/channel/UC3GgvhQpsgDscEsEv2DLTCg

## USER ACCOUNTS FROM DMCA NOTICE #2

2. @TrueSinistersCrime-d1z (True Sinisters Crime)
    a. https://www.youtube.com/channel/UCrvrUiq7u_MrgQ22yCOPgvw

## USER ACCOUNTS FROM DMCA NOTICE #3

3. @wrestlermafia001 (Wrestler Mafia)
    a. https://www.youtube.com/channel/UC79WPoibuo1krah8G69I1yQ

## USER ACCOUNTS FROM DMCA NOTICE #4

4. @RockyFunTV (Rocky Fun TV)
    a. https://www.youtube.com/channel/UCgHa1hpZOyp7eHWaWg06Icg

## USER ACCOUNTS FROM DMCA NOTICE #5

5. @GrapplingFightZone (Grappling Fight Zone)
    a. https://www.youtube.com/channel/UC6vtpzOg5OCCHt0VuwpcQrg

## USER ACCOUNTS FROM DMCA NOTICE #6

6. @CineClash2 (CineClash)

    a. https://www.youtube.com/channel/UCVoO0QE7h3eN0sBJ2QjIGeQ

## USER ACCOUNTS FROM DMCA NOTICE #7

7. @Mr.unknown-w9k (@Mr.unknown-w9k)

    a. https://www.youtube.com/channel/UCK1uAqg13QH9bVaWD9pN23A

## USER ACCOUNTS FROM DMCA NOTICE #8

8. @GrapplingMasters (Grappling Masters)

    a. https://www.youtube.com/channel/UC1i1xeHCESGPmM2ghlGdL2w

## USER ACCOUNTS FROM DMCA NOTICE #9

9. @Submission_Squads (Submission_Squads)

    a. https://www.youtube.com/channel/UCFT8aSDgVYJKQQa84qQ-y9g

## USER ACCOUNTS FROM DMCA NOTICE #10

10. @Notfunnybjj (Notfunnybjj)

    a. https://www.youtube.com/channel/UCDnayDAHH9klb5boqB3GtYA

## USER ACCOUNTS FROM DMCA NOTICE #11

11. @أخباررياضةمعهشام (أخبار رياضة مع هشام)

3

   a. https://www.youtube.com/channel/UC6uT6vlCBG4-U468a3ic87A

12. @Samsonwestler (Samson westler)

   a. https://www.youtube.com/channel/UC0UO-dulWYoMPNPFRwYWB9Q

13. @YoungBlood-f8h (Young Blood)

   a. https://www.youtube.com/channel/UCgxoB_1k4kRRDlGHMMsW41Q

## USER ACCOUNTS FROM DMCA NOTICE #12

14. @OnlyGainsTV (Only Gains TV)

   a. https://www.youtube.com/channel/UC0Pq7lEbL3--U3gBUQMJqRQ

15. @sportsmodelsmoviestars (Sports in 4K Frames)

   a. https://www.youtube.com/channel/UCAxJ_xwSXvOsdeiwaiFO-hw

## USER ACCOUNTS FROM DMCA NOTICE #13

16. @HotSports0001 (Hot Sports)

   a. https://www.youtube.com/channel/UCtUB0NTZ5ZcuQj18vxFTRLQ

## USER ACCOUNTS FROM DMCA NOTICE #14

17. @Global_Wrestling_TV (Global Wrestling TV)

   a. https://www.youtube.com/channel/UC__-i8xGtwDjgsgDU8vEp3A

## USER ACCOUNTS FROM DMCA NOTICE #15

18. @World_Wrestling_TV (World Wrestling TV)

    a. https://www.youtube.com/channel/UCEOxke4EW7ssujQXUDtbBmw

## USER ACCOUNTS FROM DMCA NOTICE #16

19. @RockyFunTV1 (Cartunimo Toons)

    a. https://www.youtube.com/channel/UCSBgpvuFo1WUhND3GOYekBg

## USER ACCOUNTS FROM DMCA NOTICE #17

20. @TheLivingWord2.0 (The Living Word)

    a. https://www.youtube.com/channel/UC63zhjYfdE7aVFcslmfzkcA

21. @GodsMessageToday0.2 (God's Message Today 0.2)

    a. https://www.youtube.com/channel/UCdsZp1GXIMuU7VKC0sPQK9g