

NIMA GHARAVI
7738994688
4610 NORTH CLARK STREET #1098
CHICAGO IL 60640

1 LBS       1 OF 1
DWT: 13,10,1

SHIP TO:
CIVIL INTAKE
U.S. DISTRICT COURT
UNIT 18
844 NORTH KING STREET
**WILMINGTON DE 19801**

DE 197 9-25

**UPS GROUND**
TRACKING #: 1Z 3E2 R42 03 3171 8465

BILLING: P/P

XOL 26.01.20    NV45 4.0A 01/2026*

The UPS Store RFID Label

Tracking #

1Z3E2R42033171 **8465**



Visit UPS.com
**Apply shipping documents on this side.**
Scan QR code to schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Window Envelope**
Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper. Insert shipping documents under window from the top.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Extremely Urgent

100% Recycled fiber 80% Post-Consumer