IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 |

### MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

Petitioner Nima Gharavi respectfully moves the Court for authorization to file electronically in the above-captioned matter pursuant to the Court's registration and training procedures for *pro se* parties.[1]

In support of this Motion, Mr. Gharavi states:

1. Mr. Gharavi is the applicant seeking issuance of a DMCA § 512(h) subpoena in this matter.

2. Mr. Gharavi has independently reviewed all materials and related topics on the Court's website regarding electronic filing procedures and requirements.

3. Mr. Gharavi maintains an active PACER account (username: ngharavi) and is currently authorized to file electronically in five federal district courts and one federal circuit court, as demonstrated by the PACER e-filing status screenshot attached hereto as **Exhibit 1**.

---

[1] *See* https://www.ded.uscourts.gov/registrationtraining ("A Pro Se party may file a Motion for Authorization to File Electronically on a case-by-case basis. The Pro Se party must indicate that they have independently reviewed all of the materials and related topics on the Court's web site, and have a PACER account.").

4. Mr. Gharavi's active e-filing status includes: U.S. Court of Appeals for the Seventh Circuit, California Central District Court, California Northern District Court, Illinois Northern District Court, Texas Western District Court, and Washington Western District Court.

5. Electronic filing authorization in this matter would facilitate efficient case administration and ensure timely compliance with Court deadlines.

WHEREFORE, Mr. Gharavi respectfully requests that the Court grant this Motion and authorize him to file electronically in this matter.

Dated: January 22, 2026

By: /s/ Nima Gharavi

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Petitioner