# Exhibit 1

**MFA Information**

Users only have to enroll in MFA when they are prompted. Need help enrolling in MFA? Check out our **MFA Tips and Resources** page to get you started.


An official website of the United States government. Here's how you know. ⌄          Log in to PACER Systems →

| Account Number | |
|---|---|
| Username | ngharavi |
| Amount Due | $0.00 |
| Account Balance | $0.00 |
| Case Search Status | Active |
| Account Type | Upgraded PACER Account |
| Multifactor Auth* | Enrolled |

### Check E-File Status

| Court Type ↕ | Court ↕ | Status |
|---|---|---|
| U.S. Appellate Courts | U.S. Court Of Appeals, Seventh Circuit | Active <br> Request Deactivation |
| U.S. District Courts | California Central District Court | Active <br> Request Deactivation |
| U.S. District Courts | California Northern District Court | Active <br> Request Deactivation |
| U.S. District Courts | Illinois Northern District Court | Active <br> Request Deactivation |
| U.S. District Courts | Texas Western District Court | Active <br> Request Deactivation |
| U.S. District Courts | Washington Western District Court | Active <br> Request Deactivation |

Cancel

PACER FAQ                Privacy & Security                Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.