IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

## ORDER

At Wilmington, this 4th day of February 2026;

IT IS HEREBY ORDERED that Petitioner's Motion for Authorization to File Electronically (D.I. 2) is GRANTED. Petitioner shall contact the Clerk's Office Help Desk at (302) 573-6170 in order to obtain the applicable CM/ECF registration form.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge