# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

### AMENDED REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO
### 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED COPYRIGHT INFRINGER(S)

Petitioner Nima Gharavi ("Petitioner") respectfully requests that the Clerk of this Court issue a subpoena pursuant to 17 U.S.C. § 512(h) to Google LLC ("Service Provider") for the purpose of identifying one or more alleged infringers of Petitioner's copyright(s). In support of this Request, Petitioner states as follows:

1. **Prior Issuance and Basis for Amendment:** On February 4, 2026, the Court issued a subpoena pursuant to Petitioner's original Request (D.I. 1, 5, 6). Petitioner has not yet served that subpoena on Service Provider. Subsequent to mailing the original Request on January 22, 2026, Petitioner discovered five additional accounts on Service Provider's platform engaged in alleged infringement of Petitioner's copyrights. Because the original subpoena has not been served, and because judicial economy favors consolidating related requests rather than initiating separate miscellaneous actions, Petitioner respectfully requests that the Court issue an amended subpoena encompassing both the original accounts and the five additional accounts identified herein. Additionally, the time between mailing the original Request and issuance of the subpoena has resulted in the compliance deadline in the original subpoena (February 16, 2026) no longer providing

    Service Provider adequate time to respond. Accordingly, the proposed amended subpoena extends the compliance deadline to February 27, 2026.

2. **Petitioner's Copyright Ownership**: Petitioner Nima Gharavi is the exclusive owner of the copyright(s) in the motion picture(s) ("the Work") allegedly infringed.

3. **Alleged Infringement**: Petitioner has discovered that one or more individuals using Service Provider's platform have allegedly infringed Petitioner's exclusive rights, including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproductions copied from the Work to which Petitioner retains exclusive copyright(s).

4. **Notification Sent**: Petitioner sent notifications in compliance with 17 U.S.C. § 512(c)(3)(A), requesting the removal of the infringing material from all accounts identified in the proposed amended subpoena, attached as Exhibit 1.

5. **Purpose of Subpoena**: The purpose of this subpoena is to obtain information sufficient to identify the alleged infringers.

6. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Petitioner has submitted:
   - A copy of the notification(s) sent (Exhibit 1);
   - A proposed subpoena (Exhibit 2); and
   - A sworn declaration confirming that the subpoena is sought solely for the purpose of protecting Petitioner's rights under Title 17.

    **Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification satisfies the requirements of Section 512(c)(3)(A), and the proposed subpoena and declaration are in proper form, the Clerk of Court shall expeditiously issue and sign the subpoena.

| | |
|---|---|
| Dated: February 5, 2026 | By: /s/ *Nima Gharavi* <br> Nima Gharavi, *pro se* <br> 4610 North Clark St. #1098 <br> Chicago, IL 60640 <br> Phone: +1 (773) 899-4688 <br> dmca@midwestwrestle.com <br><br> *Petitioner* |