# Exhibit 1

<u>DMCA Takedown Notification #1</u>

**From:** YouTube Copyright <youtube-disputes+24rn1cvg93w4q07@google.com>
**Sent:** Sunday, June 29, 2025 5:58 PM
**To:** nima@midwestwrestle.com
**Subject:** [EL4JADEBKZDSTJOWIZRTVNQ2M4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4PhQl-B-VUM
- Describe the work allegedly infringed: My video
  - Source of video: rhnXfPnmqqE
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jun 29, 2025 nima@midwestwrestle.com wrote:
Video IDs: 4PhQl-B-VUM

## DMCA Takedown Notification #2

**From:** YouTube Copyright <youtube-disputes+0fwagob9d2t7307@google.com>
**Sent:** Thursday, August 14, 2025 11:52 AM
**To:** nima@midwestwrestle.com
**Subject:** [V64A3KCXK4C3ZW7SIXPMY2LQOI] YouTube Copyright Complaint Submission

[External email - use caution]



**Copyright Infringement Notification Confirmation**

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=iLgQ2Ckxkq8
- Describe the work allegedly infringed: My video
  - Source of video: qEDDDpnO-dM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:16:25 to 0:28:18 : https://www.youtube.com/watch?v=iLgQ2Ckxkq8&t=985

4

It appears in your source video from 0:00:00 to 0:11:51 :
https://www.youtube.com/watch?v=qEDDDpnO-dM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi
- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Aug 14, 2025 nima@midwestwrestle.com wrote:
Video IDs: iLgQ2Ckxkq8

DMCA Takedown Notification #3

**From:** YouTube Copyright <youtube-disputes+1tcukt134n9lo07@google.com>
**Sent:** Tuesday, September 30, 2025 7:14 PM
**To:** nima@midwestwrestle.com
**Subject:** [7DRE6BF26I3DLGZU3CJKV73X3U] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=R31jLPl0vQI
- Describe the work allegedly infringed: My video
    - Source of video: hLIZR0Sp59w
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:02:54 :
      https://www.youtube.com/watch?v=R31jLPl0vQI&t=0
      It appears in your source video from 0:00:05 to 0:02:59 :
      https://www.youtube.com/watch?v=hLIZR0Sp59w&t=5


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 1, 2025 [nima@midwestwrestle.com](mailto:nima@midwestwrestle.com) wrote:
Video IDs: R31jLPl0vQI

<u>DMCA Takedown Notification #4</u>

**From:** YouTube Copyright <youtube-disputes+1mmxoldk7ao9e07@google.com>
**Sent:** Friday, October 3, 2025 3:31 PM
**To:** nima@midwestwrestle.com
**Subject:** [NVXX6JUJS2PHPCGDQIUVSTHN7I] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4-wQ95IFgTw
- Describe the work allegedly infringed: My video
  - Source of video: rhnXfPnmqqE
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: 4-wQ95IFgTw

<u>DMCA Takedown Notification #5</u>

**From:** YouTube Copyright <youtube-disputes+07p9wefsvyxe307@google.com>
**Sent:** Friday, October 3, 2025 3:30 PM
**To:** nima@midwestwrestle.com
**Subject:** [I6SIKVHVVW2SNU3ALFCRVPUG5Q] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8Qc1s4RQsjY
- Describe the work allegedly infringed: My video
  - Source of video: Jla2k3T6HlA
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: 8Qc1s4RQsjY

<u>DMCA Takedown Notification #6</u>

**From:** YouTube Copyright <youtube-disputes+2pdgfsw07mme007@google.com>
**Sent:** Friday, October 3, 2025 3:48 PM
**To:** nima@midwestwrestle.com
**Subject:** [53NKYQ76LIPUNRJHZ37T325ADA] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688

<br>

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7tp_9y3Yjzo
- Describe the work allegedly infringed: My video
  - Source of video: 49ETqrSq9cw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:05:07 :
    https://www.youtube.com/watch?v=7tp_9y3Yjzo&t=0
    It appears in your source video from 0:00:00 to 0:05:08 :
    https://www.youtube.com/watch?v=49ETqrSq9cw&t=0

<br>

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 [nima@midwestwrestle.com](mailto:nima@midwestwrestle.com) wrote:
Video IDs: 7tp_9y3Yjzo

<u>DMCA Takedown Notification #7</u>

**From:** YouTube Copyright <youtube-disputes+0w4tioyck29i707@google.com>
**Sent:** Friday, October 3, 2025 4:00 PM
**To:** nima@midwestwrestle.com
**Subject:** [MHMHMZFUP7YU6XKMXKK4JNEZMA] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=e8twG_r4QrQ
- Describe the work allegedly infringed: My video
  - Source of video: Jod0QGJPU9g
  - Where does the content appear?
    The content appears in the targeted video from 0:00:01 to 0:04:35 :
    https://www.youtube.com/watch?v=e8twG_r4QrQ&t=1
    It appears in your source video from 0:00:01 to 0:04:35 :
    https://www.youtube.com/watch?v=Jod0QGJPU9g&t=1


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 nima@midwestwrestle.com wrote:
Video IDs: e8twG_r4QrQ

<u>DMCA Takedown Notification #8</u>

**From:** YouTube Copyright <youtube-disputes+1zczeg2xza9xa07@google.com>
**Sent:** Friday, October 3, 2025 4:12 PM
**To:** nima@midwestwrestle.com
**Subject:** [HDCXZ3RZOJKBFEEJ2FIUNA6G2M] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4gFUtd-bzi4
- Describe the work allegedly infringed: My video
  - Source of video: ejKPBC35flg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:01:41 :
    https://www.youtube.com/watch?v=4gFUtd-bzi4&t=0
    It appears in your source video from 0:00:04 to 0:01:45 :
    https://www.youtube.com/watch?v=ejKPBC35flg&t=4


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 [nima@midwestwrestle.com](mailto:nima@midwestwrestle.com) wrote:
Video IDs: 4qFUtd-bzi4

<u>DMCA Takedown Notification #9</u>

**From:** YouTube Copyright <youtube-disputes+2rhcgg3jozqer07@google.com>
**Sent:** Friday, October 3, 2025 4:27 PM
**To:** nima@midwestwrestle.com
**Subject:** [UNSJ6OSTNWFFOJ7KHV4Y5E7UNE] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle: Women's Edition
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VpwyyH2Gs_c
- Describe the work allegedly infringed: My video
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:01:37 :
    https://www.youtube.com/watch?v=VpwyyH2Gs_c&t=0
    It appears in your source video from 0:00:00 to 0:01:37 :
    https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 3, 2025 [nima@midwestwrestle.com](mailto:nima@midwestwrestle.com) wrote:
Video IDs: VpwyyH2Gs_c

<u>DMCA Takedown Notification #10</u>

**From:** YouTube Copyright <youtube-disputes+3hf0emzxgj6dn07@google.com>
**Sent:** Wednesday, October 8, 2025 5:59 PM
**To:** nima@midwestwrestle.com
**Subject:** [M6U5C3YEM4VCDTIEB3G7J4AXS4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=T7gRJ_0vvlA
- Describe the work allegedly infringed: My video
    - Source of video: 6aSCYqk-c7Y
    - Type of video: Internet video

- o   Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oNDy5XuaUzs
- Describe the work allegedly infringed: My video
  - o   Source of video: 6aSCYqk-c7Y
  - o   Type of video: Internet video
  - o   Where does the content appear?
        The content appears in the targeted video from 0:01:27 to 0:01:34 :
        https://www.youtube.com/watch?v=oNDy5XuaUzs&t=87
        It appears in your source video from 0:06:34 to 0:06:41 :
        https://www.youtube.com/watch?v=6aSCYqk-c7Y&t=394

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o   I am the owner, or an agent authorized to act on behalf of the owner
        of an exclusive right that is allegedly infringed.
  - o   I have a good faith belief that the use of the material in the manner
        complained of is not authorized by the copyright owner, its agent, or
        the law; and
  - o   This notification is accurate.
  - o   I acknowledge that under Section 512(f) of the DMCA any person who
        knowingly materially misrepresents that material or activity is
        infringing may be subject to liability for damages.
  - o   I understand that abuse of this tool will result in termination of my
        YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Oct 8, 2025 [nima@midwestwrestle.com](mailto:nima@midwestwrestle.com) wrote:
Video IDs: T7gRJ_0vvlA, oNDy5XuaUzs

<u>DMCA Takedown Notification #11</u>

**From:** YouTube Copyright <youtube-disputes+2mmusm8ydrclj07@google.com>
**Sent:** Sunday, November 16, 2025 5:40 PM
**To:** nima@midwestwrestle.com
**Subject:** [I7FDSVQMKI6T45MJFB3ITKZO6U] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=BywXd8Tswnk
- Describe the work allegedly infringed: My video
  - Title of video: Jesse Herrera of Marist IL earns a Tech Fall
  - Source of video: 5T9AkaKsV7w
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:25 :
    https://www.youtube.com/watch?v=BywXd8Tswnk&t=0
    It appears in your source video from 0:00:00 to 0:00:25 :
    https://www.youtube.com/watch?v=5T9AkaKsV7w&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=JEWksHG6tZc
- Describe the work allegedly infringed: My video
  - Title of video: Umar Mukhetdinov hits a solid throw, but was it in time?
  - Source of video: q7jROytouqo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=JEWksHG6tZc&t=0
    It appears in your source video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=q7jROytouqo&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=O-Kth6SlfIM
- Describe the work allegedly infringed: My video
  - Title of video: Tommy Boland reverses Matty Lapacek straight to near-fall criteria
  - Source of video: l2PBO8Wevlk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=O-Kth6SlfIM&t=0

It appears in your source video from 0:00:00 to 0:00:27 :
https://www.youtube.com/watch?v=l2PBO8Wevlk&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Xukys9Hppz4
- Describe the work allegedly infringed: My video
  - Title of video: Vance Domenz takes Asam Kabir back to the mat
  - Source of video: ULQyyMqm13k
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=hTF-4gfpySg
- Describe the work allegedly infringed: My video
  - Title of video: Tommy Boland reverses Matty Lapacek straight to near-fall criteria
  - Source of video: l2PBO8Wevlk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=hTF-4gfpySg&t=0
    It appears in your source video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=l2PBO8Wevlk&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Nima Gharavi

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 16, 2025 [nima@midwestwrestle.com](#) wrote:
Video IDs: BywXd8Tswnk, JEWksHG6tZc, O-Kth6SlfIM, Xukys9Hppz4, hTF-4gfpySg

<u>DMCA Takedown Notification #12</u>

**From:** YouTube Copyright <youtube-disputes+3v7dm1g8fpv8c07@google.com>
**Sent:** Monday, December 22, 2025 2:45 AM
**To:** nima@midwestwrestle.com
**Subject:** [CCIUPMBAAZ3HAEIBTRN5EA4PII] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=1Jeffjqkd5Q
- Describe the work allegedly infringed: My video
    - Title of video: 97 – Gavin Hanrahan {G} of IL CornStars vs. Mario Orueta {R} of Elite Athletic Club IN
    - Source of video: QcE2Vt5MHz4
    - Type of video: Internet video
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=87rugzFZ6kM
- Describe the work allegedly infringed: My video
    - Title of video: 100 – Gavin Hanrahan {G} of IL CornStars Gold vs. Lincoln Cooper {R} of Fight Barn IN
    - Source of video: XBl8-XDwlVM
    - Type of video: Internet video
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=GzPS7snkKnk
- Describe the work allegedly infringed: My video
    - Title of video: 100 15U – Anthony Kessinger {G} of Legacy National Team vs. Tiegan Newell {R} of High Rollers
    - Source of video: Ygiu26yP62U
    - Type of video: Internet video
    - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KzVA1fkWdrA
- Describe the work allegedly infringed: My video
    - Title of video: Marcus Milianti returns Collin Carrigan to the mat
    - Source of video: qvciq_y6a8c
    - Type of video: Internet video

- o Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:19 :
  https://www.youtube.com/watch?v=KzVA1fkWdrA&t=0
  It appears in your source video from 0:00:00 to 0:00:18 :
  https://www.youtube.com/watch?v=qvciq_y6a8c&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=M4DNcnLuT5s
- Describe the work allegedly infringed: My video
  - o Title of video: 94 – Justus Thrasher {G} of Indiana Outlaws Maroon vs. Mason Goelz {R} of OutWay FA IN
  - o Source of video: DVwPBQlDBoY
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=MkmO9owaiG4
- Describe the work allegedly infringed: My video
  - o Title of video: 97 – Gavin Hanrahan {G} of Illinois CornStars vs. Payton Paguada {R} of A–Town Firebirds
  - o Source of video: VoBQV2rT4gs
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=UoRu64r_Dn4
- Describe the work allegedly infringed: My video
  - o Title of video: 100 – Colton Russell {G} of Pursuit Wrestling OH vs. Gavin Hanrahan {R} of IL CornStars Gold
  - o Source of video: kmBYK4WeHQM
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fLh6lbigsuo
- Describe the work allegedly infringed: My video

34

- o Title of video: 100 – Gavin Hanrahan {G} of Illinois CornStars vs. Huggy Williams {R} of Pursuit Ohio
- o Source of video: NEKW1x8rzSw
- o Type of video: Internet video
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=lIQT4xUuQWs
- Describe the work allegedly infringed: My video
  - o Title of video: 80 15U – Noel Verduzco {G} Elite Athletic Club vs. Traevon Ducking {R} of Indiana Outlaws
  - o Source of video: G-ErtUWnnns
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=tMjZWI3T3is
- Describe the work allegedly infringed: My video
  - o Title of video: Connor Kelly restrains Ben Zeman in near-fall criteria to pick up 3 points
  - o Source of video: U3vS65lYlkw
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vei7fVIFv3s
- Describe the work allegedly infringed: My video
  - o Title of video: 100 – Gavin Hanrahan {G} of Illinois CornStars vs. Dylan Eimer {R} of Elite Athletic Club IN
  - o Source of video: rRJ0nt2QoTE
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o  This notification is accurate.
- o  I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- o  I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 22, 2025 nima@midwestwrestle.com wrote:
Video IDs: 1Jeffjqkd5Q, 87rugzFZ6kM, GzPS7snkKnk, KzVA1fkWdrA, M4DNcnLuT5s, MkmO9owaiG4, UoRu64r_Dn4, fLh6lbigsuo, lIQT4xUuQWs, tMjZWI3T3is, vei7fVIFv3s

<u>DMCA Takedown Notification #13</u>

**From:** YouTube Copyright <youtube-disputes+0be92b5zwvy5f07@google.com>
**Sent:** Wednesday, December 31, 2025 11:39 AM
**To:** nima@midwestwrestle.com
**Subject:** [QJ6HV3MME3YL6NPW2IGXQE2UJ4] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=5rwfkEwzUCU
- Describe the work allegedly infringed: My video
    - Title of video: 110 – Kimani Glasper {G} of Chicago Westinghouse IL vs. Kiely Domyancich {R} of LaSalle Peru IL
    - Source of video: 4kGOQzAJo-w
    - Type of video: Internet video
    - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 31, 2025 nima@midwestwrestle.com wrote:
Video IDs: 5rwfkEwzUCU

<u>DMCA Takedown Notification #14</u>

**From:** YouTube Copyright <youtube-disputes+136omq95jw4cv07@google.com>
**Sent:** Tuesday, January 20, 2026 5:32 PM
**To:** nima@midwestwrestle.com
**Subject:** [HHL7JQJIYA7ZYO6457L2G62P74] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all [required elements](#).

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's [Removal requests](#) page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US
- Username: Midwest Wrestle

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=BDeWlb0pQIM
- Describe the work allegedly infringed: My video
  - Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - Source of video: Jla2k3T6HlA
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ESH6svhamNo
- Describe the work allegedly infringed: My video
  - Title of video: 49 kg Girls Freestyle – Sara McLaughlin {B} of IL Cornstars Black vs. Charlie Jones {R} of WOW South
  - Source of video: WT9-gEnJ_3g
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:04:36 :
    https://www.youtube.com/watch?v=ESH6svhamNo&t=0
    It appears in your source video from 0:00:00 to 0:04:36 :
    https://www.youtube.com/watch?v=WT9-gEnJ_3g&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=HIlcmGZb9wc
- Describe the work allegedly infringed: My video
  - Title of video: 68 kg Girls Freestyle – Nebi Tsarni {B} of Illinois Cornstars Black vs. Ryen Hickey {R} of WOW South
  - Source of video: ZpxBN9xpRcM
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=NbNdUIlklvY

- Describe the work allegedly infringed: My video
  - Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - Source of video: Jla2k3T6HlA
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:26 to 0:04:29 :
    https://www.youtube.com/watch?v=NbNdUIlklvY&t=86
    It appears in your source video from 0:01:26 to 0:04:29 :
    https://www.youtube.com/watch?v=Jla2k3T6HlA&t=86


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QnL1I6fkHZg
- Describe the work allegedly infringed: My video
  - Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - Source of video: Jla2k3T6HlA
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aFe7x-mN5w0
- Describe the work allegedly infringed: My video
  - Title of video: 68 kg Girls Freestyle – Nebi Tsarni {B} of Illinois Cornstars Black vs. Ryen Hickey {R} of WOW South
  - Source of video: ZpxBN9xpRcM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:02:46 :
    https://www.youtube.com/watch?v=aFe7x-mN5w0&t=0
    It appears in your source video from 0:00:00 to 0:02:46 :
    https://www.youtube.com/watch?v=ZpxBN9xpRcM&t=0


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=csO_qDDYb-Q
- Describe the work allegedly infringed: My video
  - Title of video: 68 kg Girls Freestyle – Nebi Tsarni {B} of Illinois Cornstars Black vs. Ryen Hickey {R} of WOW South

- o Source of video: ZpxBN9xpRcM
- o Type of video: Internet video
- o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=dGs8-qtAvY8
- Describe the work allegedly infringed: My video
  - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - o Source of video: Jla2k3T6HlA
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=mLKaKgJuRVI
- Describe the work allegedly infringed: My video
  - o Title of video: 72 kg Girls Freestyle – Alicia Tucker {B} of IL CornStars Black vs. Zella Weiland {R} of WOW South
  - o Source of video: Jla2k3T6HlA
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qyAzZV88AuY
- Describe the work allegedly infringed: My video
  - o Title of video: 49 kg Girls Freestyle – Sara McLaughlin {B} of IL Cornstars Black vs. Charlie Jones {R} of WOW South
  - o Source of video: WT9-gEnJ_3g
  - o Type of video: Internet video
  - o Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jan 20, 2026 [nima@midwestwrestle.com](#) wrote:
Video IDs: BDeWlb0pQIM, ESH6svhamNo, HlIcmGZb9wc, NbNdUIlklvY, QnL1I6fkHZg, aFe7x-mN5w0, csO_qDDYb-Q, dGs8-qtAvY8, mLKaKgJuRVI, qyAzZV88AuY

<u>DMCA Takedown Notification #15</u>

**From:** YouTube Copyright <youtube-disputes+2hhtw1fw44vs307@google.com>
**Sent:** Tuesday, January 20, 2026 5:40 PM
**To:** nima@midwestwrestle.com
**Subject:** [7TZPBCSYDJJ53HN22XMTUJTL4U] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=tUA_LwT1qo4
- Describe the work allegedly infringed: My video
  - Title of video: 62 kg Girls Freestyle – Ava Vasey {B} of Illinois Cornstars Black vs. Olivia Adams {R} of WOW South
  - Source of video: DLTYNh3pvaU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:01 to 0:02:15 :
    https://www.youtube.com/watch?v=tUA_LwT1qo4&t=1
    It appears in your source video from 0:00:01 to 0:02:15 :
    https://www.youtube.com/watch?v=DLTYNh3pvaU&t=1

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=zuSMjnr6Kv4
- Describe the work allegedly infringed: My video
  - Title of video: 62 kg Girls Freestyle – Ava Vasey {B} of Illinois Cornstars Black vs. Olivia Adams {R} of WOW South
  - Source of video: DLTYNh3pvaU
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

46

- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 20, 2026 nima@midwestwrestle.com wrote:
Video IDs: tUA_LwT1qo4, zuSMjnr6Kv4

## DMCA Takedown Notification #16

**From:** YouTube Copyright <youtube-disputes+19o0g67kbxhmt07@google.com>
**Sent:** Wednesday, January 21, 2026 3:15 PM
**To:** nima@midwestwrestle.com
**Subject:** [DM2DUHYUHVRL2BFA7AMDS3FRZ4] YouTube Copyright Complaint Submission

[External email - use caution]



**Copyright Infringement Notification Confirmation**
Thank you for submitting a copyright takedown request. Your request will be reviewed to
make sure it's valid and includes all required elements.
In your request, you have asked that we remove the videos and prevent any copies from
being uploaded in the future. We'll reply to this email when we've taken action on your
request.
To check the status of your takedown request, go to the Copyright tab's Removal requests
page within the Content detection section of your YouTube Studio. From here, you can also
turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent
copies of the videos you asked us to remove from being reuploaded to YouTube.
Keep in mind that this feature should only be selected when you have exclusive worldwide
rights to the content specified in your takedown request.
Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?):
  Copyright Owner
- Address:
  o 4610 North Clark St. #1098
  o Chicago, IL 60640
  o US
- Username: Midwest Wrestle: Women's Edition
- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=f6_OAEIPYZM
- Describe the work allegedly infringed: My video
  o Title of video: Olyve Havens shoots a single leg and scores a takedown
  o Source of video: oDFq77N82T4
  o Type of video: Internet video
  o Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:15 :
    https://www.youtube.com/watch?v=f6_OAEIPYZM&t=0

It appears in your source video from 0:00:00 to 0:00:15 :
https://www.youtube.com/watch?v=oDFq77N82T4&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi
- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 21, 2026 nima@midwestwrestle.com wrote:
Video IDs: f6_OAEIPYZM

<u>DMCA Takedown Notification #17</u>

**From:** YouTube Copyright <youtube-disputes+0omysg6kp5xo307@google.com>
**Sent:** Wednesday, January 21, 2026 4:18 PM
**To:** nima@midwestwrestle.com
**Subject:** [3UDAQMMH6XXEGYZI4K2D7EUJTY] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=U9So5TpqKk8
- Describe the work allegedly infringed: My video
  - Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:01:21 : https://www.youtube.com/watch?v=U9So5TpqKk8&t=0
    It appears in your source video from 0:00:02 to 0:01:32 : https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=2


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



51

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 21, 2026 nima@midwestwrestle.com wrote:
Video IDs: U9So5TpqKk8

<u>DMCA Takedown Notification #18</u>

**From:** YouTube Copyright <youtube-disputes+1l9gqy647m8az07@google.com>
**Sent:** Friday, January 30, 2026 6:22 PM
**To:** nima@midwestwrestle.com
**Subject:** [LPK5LLFZ6BR3BTQ2JUNTISTSIU] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition

- Email Address: nima@midwestwrestle.com
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=5Uij-IzRwpc
- Describe the work allegedly infringed: My video
  - Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RS18yD28nx4
- Describe the work allegedly infringed: My video
  - Title of video: 125 – Aubry Smith {G} of Minooka IL vs. Zara Lugo {R} of Morris IL
  - Source of video: 8wYIGMMJ_Uc
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iDhx5Une3UU
- Describe the work allegedly infringed: My video
  - Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:01 to 0:01:36 :
    https://www.youtube.com/watch?v=iDhx5Une3UU&t=1
    It appears in your source video from 0:00:02 to 0:01:32 :
    https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=2


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=p059EugGSDs

54

- Describe the work allegedly infringed: My video
  - Title of video: 125 – Aubry Smith {G} of Minooka IL vs. Zara Lugo {R} of Morris IL
  - Source of video: 8wYIGMMJ_Uc
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066


On Jan 31, 2026 nima@midwestwrestle.com wrote:
Video IDs: 5Uij-IzRwpc, RS18yD28nx4, iDhx5Une3UU, p059EugGSDs

<u>DMCA Takedown Notification #19</u>

**From:** YouTube Copyright <youtube-disputes+0ox8se6kgebn607@google.com>
**Sent:** Friday, January 30, 2026 6:22 PM
**To:** nima@midwestwrestle.com
**Subject:** [OYFEZKVFHVL2C5RXYXKG7OGDTA] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle: Women's Edition

- Email Address: [nima@midwestwrestle.com](mailto:nima@midwestwrestle.com)
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  [https://www.youtube.com/watch?v=pXMDnDVI0Pk](https://www.youtube.com/watch?v=pXMDnDVI0Pk)
- Describe the work allegedly infringed: My video
  - Title of video: 110 – Makayla Bros {G} of Geneseo IL vs. Savannah Frederickson {R} of Ottawa IL
  - Source of video: iOK_ZNzM6_M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:01:06 :
    [https://www.youtube.com/watch?v=pXMDnDVI0Pk&t=0](https://www.youtube.com/watch?v=pXMDnDVI0Pk&t=0)
    It appears in your source video from 0:00:17 to 0:01:37 :
    [https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=17](https://www.youtube.com/watch?v=iOK_ZNzM6_M&t=17)


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jan 31, 2026 nima@midwestwrestle.com wrote:
Video IDs: pXMDnDVI0Pk

<u>DMCA Takedown Notification #20</u>

**From:** YouTube Copyright <youtube-disputes+0rp11qhdtqbtd07@google.com>
**Sent:** Thursday, February 5, 2026 5:00 PM
**To:** nima@midwestwrestle.com
**Subject:** [CH4MQQGWHUIZF4ZBIWGDEXNMUY] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
    - 4610 North Clark St. #1098
    - Chicago, IL 60640
    - US

- Username: Midwest Wrestle
- Email Address: [nima@midwestwrestle.com](mailto:nima@midwestwrestle.com)
- Phone: (773) 899-4688


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=HftigKIN8-c
- Describe the work allegedly infringed: My video
  - Title of video: 46 kg Girls Freestyle – Maya Alvarado {B} of IL
    CornStars Black vs. Kara-Lynn Dover {R} of WOW South
  - Source of video: rhnXfPnmqqE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:07:10 :
    https://www.youtube.com/watch?v=HftigKIN8-c&t=0
    It appears in your source video from 0:00:00 to 0:07:10 :
    https://www.youtube.com/watch?v=rhnXfPnmqqE&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 5, 2026 nima@midwestwrestle.com wrote:
Video IDs: HftigKIN8-c

<u>DMCA Takedown Notification #21</u>

**From:** YouTube Copyright <youtube-disputes+0fhaa0yzioi4y07@google.com>
**Sent:** Thursday, February 5, 2026 7:09 PM
**To:** nima@midwestwrestle.com
**Subject:** [7UGMFXLFXC4KKOT3QQVEWSEALI] YouTube Copyright Complaint Submission

[External email - use caution]



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the Copyright tab's <u>Removal requests</u> page within the Content detection section of your YouTube Studio. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Midwest Wrestle
- Your Full Legal Name (Aliases, usernames or initials not accepted): Nima Gharavi
- Your Title or Job Position (What is your authority to make this complaint?): Copyright Owner
- Address:
  - 4610 North Clark St. #1098
  - Chicago, IL 60640
  - US
- Username: Midwest Wrestle
- Email Address: <u>nima@midwestwrestle.com</u>

- Phone: (773) 899-4688

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=2q2LPxrdBx0
- Describe the work allegedly infringed: My video
  - Title of video: 152 – Collin Bickett {G} of Plainfield South IL vs. Brayden Peet {R} of Sycamore IL
  - Source of video: wo8mapymp4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:11 to 0:09:02 :
    https://www.youtube.com/watch?v=2q2LPxrdBx0&t=11
    It appears in your source video from 0:00:09 to 0:09:00 :
    https://www.youtube.com/watch?v=wo8mapymp4A&t=9

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=3mVob2gL2_c
- Describe the work allegedly infringed: My video
  - Title of video: 170 – Luke Schmerbach {G} of DeKalb IL vs. Joey Terry {R} of Father Ryan TN
  - Source of video: 0q03bG3k1v4
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=BtQjFFbFUl8
- Describe the work allegedly infringed: My video
  - Title of video: 170 – Luke Schmerbach {G} of DeKalb IL vs. Joey Terry {R} of Father Ryan TN
  - Source of video: 0q03bG3k1v4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:11 to 0:08:11 :
    https://www.youtube.com/watch?v=BtQjFFbFUl8&t=11
    It appears in your source video from 0:00:00 to 0:08:00 :
    https://www.youtube.com/watch?v=0q03bG3k1v4&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=CJfTW5o-TRk
- Describe the work allegedly infringed: My video
  - Title of video: Peet Airways ✈ Flight #001
  - Source of video: vHvqTLuntbQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:11 :
    https://www.youtube.com/watch?v=CJfTW5o-TRk&t=0
    It appears in your source video from 0:00:00 to 0:00:11 :
    https://www.youtube.com/watch?v=vHvqTLuntbQ&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FsPelGIFiLQ
- Describe the work allegedly infringed: My video
  - Title of video: 145 – Connor Kelly {G} of Downers Grove South IL
    vs. Ben Zeman {R} of Lyons IL
  - Source of video: FiQunXfyge0
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=OKTIqZGPCBg
- Describe the work allegedly infringed: My video
  - Title of video: 152 – Matty Lapacek {G} of Downers Grove South IL
    vs. Tommy Boland {R} of Marist IL
  - Source of video: T6N-Bf5Lnkg
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=UbrAxucuX5A
- Describe the work allegedly infringed: My video
  - Title of video: 132 – David Flores {G} of Chicago Heights Marian IL
    vs. Vance Williams {R} of Woodstock Marian IL
  - Source of video: -sOB_L1hUAo
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=WR19c5117D4
- Describe the work allegedly infringed: My video
  - Title of video: 46 kg Girls Freestyle – Maya Alvarado {B} of IL
    CornStars Black vs. Kara-Lynn Dover {R} of WOW South
  - Source of video: rhnXfPnmqqE
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=XA8lpwrE0Ao
- Describe the work allegedly infringed: My video
  - Title of video: 132 – David Flores {G} of Chicago Heights Marian IL
    vs. Vance Williams {R} of Woodstock Marian IL
  - Source of video: -sOB_L1hUAo
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=jAvXH1_r7rw
- Describe the work allegedly infringed: My video
  - Title of video: 138 3A – Jacob Lachs {G} of Glenbard West IL vs.
    Logan Kaminski {R} of Lockport IL
  - Source of video: o6-kMBrer5U
  - Type of video: Internet video
  - Where does the content appear? Entire video


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qX84EKbAxpQ
- Describe the work allegedly infringed: My video
  - Title of video: 138 – Jimmy Nugent {G} of Downers Grove South IL
    vs. Dom Serio {R} of West Aurora IL
  - Source of video: x0NAQ-DLpGQ
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=tgXsntn6E1M
- Describe the work allegedly infringed: My video
  - Title of video: 152 – Matty Lapacek {G} of Downers Grove South IL vs. Tommy Boland {R} of Marist IL
  - Source of video: T6N-Bf5Lnkg
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=xImmEKA327A
- Describe the work allegedly infringed: My video
  - Title of video: Connor Kelly restrains Ben Zeman in near-fall criteria to pick up 3 points
  - Source of video: U3vS65lYlkw
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Nima Gharavi

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Feb 6, 2026 nima@midwestwrestle.com wrote:
Video IDs: 2q2LPxrdBx0, 3mVob2gL2_c, BtQjFFbFUl8, CJfTW5o-TRk, FsPelGIFiLQ,
OKTIqZGPCBg, UbrAxucuX5A, WR19c5117D4, XA8lpwrE0Ao, jAvXH1_r7rw,
qX84EKbAxpQ, tgXsntn6E1M, xImmEKA327A

DMCA Takedown Notification #22

# Report alleged copyright infringement: Blogger

It is our policy to respond to legally valid copyright removal requests. Our response may include restricting access to or demonetizing the content in question. For Google Services that have account holders or subscribers, we will, in appropriate circumstances, disable the accounts of repeat infringers. If we restrict access to or demonetize content in response to such a request, we will attempt to notify the owner or administrator of the affected site or content. The owner or administrator of the site or content has the right to appeal the action taken (this is known as a counter notice in many jurisdictions). If a counter notice is submitted, we will attempt to inform you.

*Required field

## Lumen Information

Some of the information in your request may be sent to Lumen, an independent research project studying online content takedown requests. See more information about Lumen.

Google generally doesn't share with Lumen any personal data contained in this form, including the name of the individual making the request. As an exception, Google will share personal data with Lumen in circumstances in which there's an overriding public interest in sharing this information following a case-by-case assessment, in which case we will notify you about the sharing. See more information about when and what data we share with Lumen and why. See an example of a notice forwarded to lumen.

## Copyright Removal Request

To submit a copyright removal request with us, you may use the form below.

Please note that you could be liable for damages (including costs and attorneys' fees) if you falsely claim that content is copyright infringing. Only the copyright holder or their authorized representative can submit a copyright removal request. Courts in the United States have found that you must consider copyright defenses, limitations or exceptions before submitting a copyright removal request. If you are not sure whether material available online infringes your copyright, we suggest that you first contact an attorney.

First name*

Nima

Last name*

Gharavi

Company Name

Midwest Wrestle

Fill this field if your employer is acting as the authorized representative of the copyright holder.

## Copyright holder you represent*

🔘 Myself

⚪ Other

☑ I confirm that I am the copyright holder for the content in question, and I am not filing this notice on behalf of another party.*
Email address*

nima@midwestwrestle.com

Choose your country/region*
United States ▼

# Your copyrighted work

In order to permit us to verify that your work actually appears at the URLs targeted by your notice, please provide us with information that identifies in sufficient detail the copyrighted work that you believe has been infringed upon.

Is the submission related to an unauthorized stream of an upcoming live-event? *

⚪ Yes

🔘 No

# Identify and describe the copyrighted work

(For example, "The photographs of the black widow spider with red spots and that of the black labrador retriever which can be viewed at the URL below" or "My published

book, "Touch Not This Cat", is infringed by the text excerpted on the site, beginning with the text 'I came home to find my cat sitting on the kitchen counter.'")

If this notice concerns multiple infringed works, please submit only the first one in this box. Then, click the 'Add a new group' link below the text boxes to add another infringed work.

Enter your description here

> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to, entitled "138 3A – Jimmy Nugent {G} of Downers Grove South IL vs. Scott Busse {R} of Lake Zurich IL".

# Where can we see an authorized example of the work?

(Please provide URL(s) where an example of the copyrighted work can be viewed. This will be used by our team to verify that the work appears on the pages you are asking us to remove.)

Enter your examples here

> https://www.youtube.com/watch?v=OJPPI2wDzFk

Please enter one URL per line (Max 1000 lines)

# Location of infringing material:

Please provide the URL(s) of the allegedly infringing material that you are asking us to remove.

If this notice concerns more than one copyrighted work, please input the URLs for the first work below. Then, click the 'Add a new group' link below to input infringing URLs related to another infringed work.

Provide each Blogger URL you wish to have removed from our service.

Please note that we cannot process Blogger search/archive URLs. If you see the allegedly infringing content listed in a Blogger search/archive URL, you can obtain the post URL by clicking on the title of the post. Blogger image URLs must be submitted using the Google Photos web form.

**Acceptable URL formats:**

*Blogger post URL:*

http://example.blogspot.com/2015/11/title.html

*Blogger page URL:*

http://example.blogspot.com/p/title.html

*Blogger video URL:*

http://redirector.googlevideo.com/videoplayback?id=a1b2c3&source=blogger&app=blogger

*Blogger blog URL:*

http://example.blogspot.com/

*Blogger comment URL:*

http://example.blogspot.com/2015/11/title.html?showComment=123#c456

*Blogger profile URL:*

https://www.blogger.com/profile/1234567890

**Unacceptable URL formats:**

*Blogger image URL:*

http://1.bp.blogspot.com/A1b2/C3d4/E5f6/G7h8/s123/image.jpg

*Blogger search URL:*

http://example.blogspot.com/search?q=cute+puppies
Enter your URL(s) here

*Blogger archive URL:*

http://example.blogspot.com/2014_06_01_archive.html

https://sportyboyblog.blogspot.com/2023/10/college-wrestler-in-tight-lycra-singlet.html

Please enter one URL per line (Max 1000 lines)

See acceptable and unacceptable URL formats above

Add new group

## Sworn statements

 I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.*

 The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.*

 I understand that a copy of each legal notice may be sent to the Lumen project for publication and annotation. I also understand that Lumen redacts personal contact information from notices before publication, but in many cases, will not redact my name.*

## Signature

Signed on this date of:*

Oct 21, 2024 ▾

Nima Gharavi

e.g. John A. Smith

By typing your full name above, you are providing us with your digital signature, which is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this web form in order for your submission to be successful.

Please note that we may ask for additional information if your notice isn't properly filled out or if the complaint is incomplete. If multiple Google products are affected, please submit a notice for each affected product by following these instructions .

Due to our efforts to remain transparent about content removal, we may publish information from your notice to our Transparency Report. Any personal contact information (i.e. phone number, email and address) will be removed. You may find out more information about the Report here.

Legal removal requests are subject to automated processing. For more information, see the Legal Help Center.

I'm not a robot

reCAPTCHA
Privacy · Terms

Submit