# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

## DECLARATION OF NIMA GHARAVI

I, Nima Gharavi, declare as follows:

1. I am the exclusive owner of all copyrights in all audiovisual works originally published to the YouTube channels "https://www.youtube.com/@MidwestWrestle" and "https://www.youtube.com/@MidwestWWE" (collectively "the Work") protected under U.S. copyright law.

2. I sent DMCA takedown notifications pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringements. (*See* DMCA Takedown Notification(s), attached as **Exhibit 1**).

3. The purpose for which the subpoena is sought is to obtain the identity of one or more alleged infringers and such information will only be used for the purpose of protecting rights under Title 17. (*See* Proposed Subpoena, attached as **Exhibit 2**).

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2026.

By: /s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*