# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

## NOTICE OF FILING SUPPLEMENTAL PROPOSED SUBPOENA

Petitioner Nima Gharavi respectfully provides notice that the proposed subpoena attached as Exhibit 2 to Petitioner's Amended Request for Issuance of Subpoena (D.I. 7) specified a compliance deadline of February 27, 2026. That deadline has now passed.

To facilitate the Court's consideration of the Amended Request, Petitioner files this supplemental proposed subpoena with a compliance deadline of March 31, 2026. The supplemental proposed subpoena, attached hereto as Exhibit 1, supersedes Exhibit 2 to D.I. 7 in all respects.

Petitioner respectfully requests that the Court consider the Amended Request (D.I. 7) and supporting Declaration (D.I. 8) with the supplemental proposed subpoena at the Court's earliest convenience.

Dated: March 2, 2026

By: /s/ *Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*