## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE DMCA § 512(h) SUBPOENA TO
GOOGLE LLC

Misc. Action No. 26-27 (MN)

### CERTIFICATE OF SERVICE

I, Nima Gharavi, do hereby certify that on March 24, 2026, at 10:48 a.m. Central Time, I

served a true and correct copy of the Subpoena issued by this Court upon the following by hand

delivery:

**Google LLC**
c/o Razi Khan, Corporation Service Company, Registered Agent
222 S. Riverside Plaza, Suite 2310
Chicago, Illinois 60606

I further certify that on March 24, 2026, I served a true and correct copy of the Subpoena

upon counsel for Google LLC via electronic mail:

**Todd M. Hinnen**
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
thinnen@perkinscoie.com

**Lauren Tsuji**
Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
ltsuji@perkinscoie.com

Dated: March 24, 2026

By: /s/ *Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*