**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

**PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH
DMCA 512(h) SUBPOENA**

Petitioner Nima Gharavi, appearing *pro se*, moves the Court pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), as incorporated by 17 U.S.C. § 512(h)(6), for an order compelling Respondent Google LLC to comply in full with the subpoena issued by the Court on March 24, 2026 (D.I. 11). The grounds for this motion are set forth in the accompanying Opening Brief and Declaration of Nima Gharavi, which are incorporated herein by reference.

Respectfully submitted,

Dated April 27, 2026

By: */s/ Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*