IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

**[PROPOSED] ORDER**

At Wilmington, this ___ day of _____ 2026;

Upon consideration of Petitioner's Motion to Compel Compliance with DMCA 512(h) Subpoena, the accompanying Opening Brief and Declaration of Nima Gharavi, and any answer or reply thereto:

**IT IS HEREBY ORDERED** that:

1.    Petitioner's Motion is **GRANTED**;

2.    All objections asserted by Google LLC in its letter transmitted on April 15, 2026 and dated April 6, 2026 are deemed waived;

3.    Google LLC shall produce, within _____ days of the entry of this Order, all AdSense subscriber information responsive to the subpoena (D.I. 11) for each of the 26 accounts identified in the subpoena;

4.    Google LLC shall produce, within _____ days of the entry of this Order, subscriber information for the Blogger/Blogspot account identified in the subpoena (sportyboyblog.blogspot.com; blogger.com/profile/01742088949871366327); and

5.      Google LLC shall produce, within _____ days of the entry of this Order, subscriber information for the accounts identified in the subpoena as @Notfunnybjj and @sportsmodelsmoviestars.


_____
The Honorable Maryellen Noreika
United States District Judge