# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

## DECLARATION OF NIMA GHARAVI

I, Nima Gharavi, declare as follows:

1.      I am the Petitioner in this miscellaneous proceeding and appear *pro se*. I am the exclusive owner of copyrights in the original video works at issue. I have personal knowledge of the facts set forth in this Declaration, except where stated upon information and belief.

2.      I submitted DMCA § 512(c)(3)(A) takedown notifications to Google LLC identifying 25 YouTube accounts and one Blogger/Blogspot account as hosting unauthorized reproductions of my copyrighted works. Google LLC acknowledged receipt of those notifications.

3.      On January 27, 2026, I filed an application for issuance of a § 512(h) subpoena in this proceeding (D.I. 1). On February 5, 2026, I filed an amended request (D.I. 7). On March 23, 2026, the Court reviewed the amended request and entered an affirmative order directing the Clerk to issue the subpoena attached to D.I. 9, with the compliance date to be filled in before service (D.I. 10). The amended subpoena was issued on March 24, 2026 (D.I. 11). Attached hereto as **Exhibit 1** is a true and correct copy of the subpoena as physically served, with the compliance date of April 14, 2026 filled in as directed by D.I. 10.

4.      On March 24, 2026, at 10:48 a.m. Central Time, I served the subpoena on Google LLC by hand delivery to Corporation Service Company, Google LLC's registered agent, at 222

South Riverside Plaza, Suite 2310, Chicago, Illinois 60606. A Certificate of Service documenting this service was filed with the Court on March 24, 2026 (D.I. 12).

5.      On March 24, 2026, I transmitted a courtesy copy of the subpoena, together with the Court's order and related materials, by email to Todd M. Hinnen and Lauren Tsuji of Perkins Coie LLP, counsel for Google LLC. That same evening, Hinnen replied by email acknowledging receipt. Attached hereto as **Exhibit 2** is a true and correct copy of this email correspondence.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between me and Google's counsel from March 24, 2026 through April 16, 2026.

7.      On April 9, 2026, I participated in a videoconference with Hinnen and Tsuji. During that videoconference, Hinnen stated that he anticipated Google would produce subscriber information from YouTube, Blogger/Blogspot, and Google Account systems, and would provide an objection letter addressing the remainder of the subpoena. I memorialized those statements in my April 9, 2026 email to Hinnen and Tsuji, a copy of which is included in Exhibit 3. On April 10, 2026, Hinnen replied by email, a copy of which is included in Exhibit 3.

8.      On April 15, 2026, at 7:01 a.m. Central Time, I transmitted a letter to Hinnen and Tsuji by email. Attached hereto as **Exhibit 4** is a true and correct copy of that letter.

9.      April 7, 2026—14 days after service of the subpoena—passed without Google serving any written objections. April 14, 2026—the compliance date on the face of the subpoena— also passed without Google serving any written objections and without Google making any production. As of the date of this Declaration, Google has produced no AdSense subscriber information in response to the subpoena.

10.     On April 15, 2026, at 5:42 p.m. Central Time, I received an email from google-legal-support@google.com with a subject line referencing this proceeding but containing no attachment. One minute later, at 5:43 p.m. Central Time, I received a second email from the same

sender with a letter attached. The April 15 letter bears a date of April 6, 2026. The letter cites *In re DMCA Section 512(h) Subpoena to Google LLC*, No. 25-mc-80164-WHO, Order Re Discovery Dispute (N.D. Cal. Apr. 8, 2026). Attached hereto as **Exhibit 5** is a true and correct copy of both transmission emails and the attached letter, presented in chronological order, with my highlighting of the relevant timestamps and attachment.

11.     On April 25, 2026, I accessed three Google-published web pages relating to AdSense and DMCA copyright compliance: (a) Google's anti-piracy page at https://fightingpiracy.withgoogle.com/google-policies-by-product/, which states that through integration with its DMCA takedown notice processing tools, Google will also block that page from displaying any AdSense advertising in the future; (b) Google's Legal Help troubleshooter at https://support.google.com/legal/troubleshooter/1114905, which lists AdSense as a Google product from which copyright complaints may be filed; and (c) Google's AdSense Publisher Policies page at https://support.google.com/adsense/answer/10502938, which states that it is Google's policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act. Attached hereto as **Exhibit 6** is a true and correct copy of those pages as they appeared on that date, with my highlighting of the relevant text.

12.     The subpoena covers 25 YouTube accounts and one Blogger/Blogspot account—sportyboyblog.blogspot.com (blogger.com/profile/01742088949871366327). See Exhibit 1 at 8–9. The letter attached as Exhibit 5 identifies 25 YouTube account handles but contains no reference to the Blogger/Blogspot account.

13.     In his April 16, 2026 email, Hinnen advised that Google anticipated making a production on April 20, 2026. See Exhibit 3. No production was received on April 20, 2026.

14.     On April 21, 2026, at 11:57 p.m. Central Time, I received a production from Google LLC consisting of YouTube and Google Account subscriber information for 22 of the 26 accounts identified in the subpoena. The production did not include AdSense subscriber information for any

account. The production did not include any information for the Blogger/Blogspot account identified in the subpoena. The production did not include any information for @Notfunnybjj or @sportsmodelsmoviestars, the two accounts for which Google asserted a GDPR objection in its letter attached as Exhibit 5 at 5.

15.    Google's production cover letter represented that Google conducted a diligent search and found no responsive information for the account identified in the subpoena as @GrapplingFightZone. Upon information and belief, the operator of @GrapplingFightZone is the same individual as the operator of @RockyFunTV, a YouTube channel with approximately 831,000 subscribers. I base this belief on having received communications from the operator of @GrapplingFightZone using the same email address as communications I received from the operator of @RockyFunTV.

16.    On April 14, 2026, I accessed the Google AdSense Help page located at https://support.google.com/adsense/answer/1322037?hl=en. The page bears the title "Contracting entity is Google LLC." Attached hereto as **Exhibit 7** is a true and correct copy of that page as it appeared on that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2026.                    By: */s/ Nima Gharavi*
                                                   Nima Gharavi, *pro se*
                                                   4610 North Clark St. #1098
                                                   Chicago, IL 60640
                                                   Phone: +1 (773) 899-4688
                                                   dmca@midwestwrestle.com

                                                   *Petitioner*

4