# Exhibit 5

## Nima Gharavi

**From:**         google-legal-support@google.com
**Sent:**         Wednesday, April 15, 2026 5:42 PM
**To:**           dmca@midwestwrestle.com
**Subject:**      In re DMCA 512(h) Subpoena to Google LLC (Internal Reference No. 130688499)


Dear Nima Gharavi:

Please see the attached letter regarding the above-captioned matter.

Regards,
Austin
Google Legal Investigations Support

1

## Nima Gharavi

| | |
|---|---|
| **From:** | google-legal-support@google.com |
| **Sent:** | Wednesday, April 15, 2026 5:43 PM |
| **To:** | dmca@midwestwrestle.com |
| **Subject:** | Re: In re DMCA 512(h) Subpoena to Google LLC (Internal Reference No. 130688499) |
| **Attachments:** | GoogleObjection 130688499.pdf |

Dear Nima Gharavi:

Please see the attached letter regarding the above-captioned matter.

Regards,
Austin
Google Legal Investigations Support

1

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

April 6, 2026

***Via Email and Express Courier***
*dmca@midwestwrestle.com*

Nima Gharavi

4610 North Clark St., #1098
Chicago, Illinois 60640
773-899-4688

> **Re: *In re DMCA 512(h) Subpoena to Google LLC*, United States District Court for the District of Delaware, 26-mc-27 (MN) (Internal Ref. No. 130688499)**

Dear Mr. Gharavi:

Google LLC ("Google") has received your subpoena, dated March 24, 2026, in the above-referenced matter (the "Subpoena"). As we understand it, your Subpoena requests documents related to the AdSense, Google Account, YouTube and YouTube Music accounts associated with @wrestlingvirality, @World_Wrestling_TV, @Global_Wrestling_TV, @GrapplingFightZone, @MrJahidFacts2.0, @YoungBlood-f8h, @Submission_Squads, @wrestlermafia001, @TheLivingWord2.0, @Mr.unknown-w9k, @GrapplingTVSports, @sportsmodelsmoviestars, @HotSports0001, @GrapplingMasters, @Wrestlerspace, @rockyfuntv, @GodsMessageToday0.2, @Samsonwestler, @truesinisterscrime-dlz, @RockyFunTV1, @Notfunnybjj, https://www.youtube.com/channel/UC6uT6vlCBG4-U468a3ic87A, @CineClash2, @WrestlingFight84, @OnlyGainsTV.

Without waiving the below objections, Google may be willing to produce responsive data, to the extent it exists and is available, subject to the limitations below. Google further hereby objects to the Subpoena as follows.

The Clerk of Court issued the subpoena pursuant to the limited authority conferred upon it by Congress in Title 17 United States Code § 512(h). That subsection provides that a copyright holder may request the clerk of court to issue a subpoena to a service provider that meets two conditions. First, the service provider must store or have stored material upon its systems that the copyright holder alleges infringes their copyright. Google offers many services to its users. The subpoena may compel Google to produce information only from the service provider on which the allegedly infringing material was stored. *See In re DMCA Section 512(h) Subpoena to Google LLC*, No. 25-mc-80164-WHO, Order Re Discovery Dispute at 2 (N.D. Cal. Apr. 8, 2026). Services that do not store user content, such as AdSense, are "outside the scope of a Section 512(h) subpoena." *Id.*

Second, the service provider that stored the allegedly infringing material must have received from the copyright holder a notification meeting the requirements of subsection 512(c). The subpoena may require that service provider to disclose to the copyright holder only information sufficient to identify the alleged infringer to the extent such information is available to the service provider. *See* 17 U.S.C. § 512(c) and (h).

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

**Service Provider Upon Which the Allegedly Infringing Material Resides**

A subpoena issued under 17 U.S.C. § 512(h) may require only the service provider upon which the allegedly infringing material resided or resides to disclose information sufficient to identify the alleged infringer. Google objects to each and every request to the extent that it purports to require a service provider upon the systems of which the allegedly infringing material did not or does not reside to disclose information sufficient to identify the alleged infringer.

**Information Sufficient to Identify**

A subpoena under 17 U.S.C. § 512(h) may require disclosure only of "...information sufficient to identify the alleged infringer of the material described in the notification to the extent such information is available to the service provider." 17 U.S.C. § 512(h)(3). Google objects to each and every request for information to the extent that it purports to require the service provider to disclose information beyond that which is sufficient to identify the alleged infringer.

**No Responsive Information**

Google has conducted a diligent search and reasonable inquiry for the documents requested by the Subpoena pursuant to the limited authority of subsection 512(h) and has determined that the service provider upon which the allegedly infringing material resided or resides does not have in its possession, custody, or control of responsive information sufficient to identify @GrapplingFightZone.  Google objects to the subpoena to the extent it calls for this and other information that is not within Google's possession, custody, or control.

**General Data Protection Regulation**

Google objects to the subpoena to the extent that it purports to require disclosure of the data of users of Google's services within the EEA and/or Switzerland.  Google Ireland Limited is the controller responsible for the personal data of users of most of Google's consumer services in the European Economic Area (EEA) and Switzerland (including Gmail, Drive and YouTube).  Such requests relate to services provided by Google Ireland Limited, which is incorporated in Ireland and which operates under Irish law.  Google Ireland Limited requires binding legal process issued by an Irish court or under Irish law which must be validly served on Google Ireland. These account identifiers are @Notfunnybjj and @sportsmodelsmoviestars.

**User Notification**

Google objects to the Subpoena to the extent it fails to allow sufficient time for Google to notify the affected user and for the user to assert his or her rights in response. Google provides its users at least 10 days to object to your request or to inform Google of their intent to file a motion to quash. If your subpoena sufficiently identifies a Google account, Google intends to forward notice of this matter, including your name and contact information, to the user at the email address provided by the user.

**Additional Objections**

1. Google objects to the Subpoena to the extent it seeks to impose an undue burden on a disinterested non-party. Google further objects to the Subpoena  to the extent it seeks information already in a party's possession or available to a party from some other source (including public sources) that is more convenient, less burdensome or less expensive. Google objects to the Subpoena to the extent it seeks electronically stored information that is not reasonably accessible to Google.

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

2. Google objects to the Subpoena to the extent it seeks information that is not proportionate to the needs of the matter or not relevant to the identification of the infringer.

3. Google objects to the Subpoena to the extent it specifies a date of production that is unreasonable and unduly burdensome, including because it may not afford Google time to provide sufficient notice to the user.

4. Google objects to the Subpoena to the extent that it is vague, ambiguous, unlimited in time or scope, or fails to identify the information sought with reasonable particularity. Accordingly, Google further objects to the Subpoena to the extent it purports to require Google to preserve the requested information. Therefore you should not assume that Google will undertake steps to preserve any information in response to your Subpoena. Google is willing to meet and confer to discuss any preservation request.

5. Google objects to the Subpoena to the extent it seeks to impose obligations on Google beyond what is permissible under applicable law.

6. Non-party Google is located in Santa Clara County, California, which is also where Google resides. Google therefore objects to the Subpoena because it designates a place for compliance that is more than 100 miles from its headquarters. *See* Fed. R. Civ. P. 45(c)(2)(A).

Google reserves the right to further object to the Subpoena in any additional response.

If you have any questions, please feel free to contact the undersigned at the Legal Support Department alias at GOOGLE-LEGAL-SUPPORT@GOOGLE.COM. Additionally, should you wish to seek any judicial relief in connection with this matter, Google requests the opportunity to meet and confer in advance of any such filing. Thank you.

Very truly yours,
/s/  Austin Vonderheid
Legal Investigations Support