# Exhibit 6

 Google   Fighting Piracy

# Google policies by product

Billions of people use Google's tools everyday to access, read, watch, and create content they love.



## Google Search

Google prevents links to infringing web pages from appearing in Google Search results by cooperating with creators and rightsholders to remove links to allegedly infringing content

 **Submit a copyright notice on Google Search**

If you're the copyright owner, or a reporting organisation, use this form to submit requests asking us to remove material or links to a web page that allegedly infringes copyright.

Google Search

Google Advertising

Google Play

YouTube

**Submit a counter notification on Google Search**

Fill in this webform if you believe your content was mistakenly removed.

 Fighting Piracy

Blogger

Google
Workspace

Watch this video for information about processes and tools for requesting the removal of content from Google products for legal reasons.

## FAQs on copyright removals on Google Search

Find answers to the most common questions about Google Search removals due to copyright removal requests

## How removals on Google Search may impact an Ad listing

Google does not want to be in business with sites specializing in piracy. Through integration with Search's tools for processing DMCA takedown notices, Google will stop serving ads on pages that receive a valid DMCA notice. We will also block that page from displaying any AdSense advertising in the future.

## How sites get down ranked in Google Search results

Google Search combines hundreds of different signals to determine which results rise to the top and which do not. Copyright removal notices may trigger a copyright demotion signal. If we receive multiple valid removal notices for a site,

# Report Content On Google

Google's content and product policies apply wherever you are in the world, but we also have processes in place to remove or restrict access to content based on local laws. This page will help you get to the right place to report content that you would like removed from Google's services under Google's policies or applicable laws.

You can also visit http://support.google.com for non-legal issues that concern Google's Terms of Service or content and product policies.

Legal standards vary greatly by country/region. Content that violates a specific law in one country/region may be legal in others. Typically, we remove or restrict access to the content only in the country/region where it is deemed to be illegal. When content is found to violate Google's content or product policies or Terms of Service, however, we typically remove or restrict access globally.

You may report the same content through both legal and content/product policy reporting paths, but you must file each report separately. Note that reporting content through a content/product policy path does not substitute for reporting it through a legal path and does not serve as legal notice.

---

Select the Google product where the content you are reporting appears ✏️

Note: You must submit a separate report for each Google product where the content appears **See more products**

Select from the following list

- ○ ⚡ Google AMP Cache and Web Stories
- ○ 🔵 Google Assistant
- ○ ✦ Gemini
- ○ AdSense
- ○ Chrome Web Store
- ○ Google Classroom
- ○ Cloud Firestore
- ○ Google Cloud Platform
- ○ Data Studio
- ○ Feedburner
- ○ Firebase
- ○ M Gmail, Meet, Chat
- ○ 🔗 Google URL Shortener (goo.gl)
- ○ Google Groups
- ○ Google Help Communities

- ◯ 🔲 Google Lens
- ◯ 📰 Google News
- ◯ 📗 Google Books
- ◯ 🖥 Google Sites (Google's wiki- and web page-creation tool)
- ◯ ⚙ Google Workspace Marketplace
- ◯ GIF Tenor
- ◯ G Google Pixel
- ◯ G Other

**Google AdSense Help**

🔍 Describe your issue

⠿   Sign in

**Help Center**   Community   Announcements          Google AdSense ⎋

Publisher Policies and Publisher Restrictions  >  Google Publisher Policies

Please make sure to visit Your AdSense Page where you can find personalized information about your account to help you succeed with AdSense.   ✕

## Policies

# Google Publisher Policies

[ < ]   [ Next: Google Publisher Restrictions  > ]

We are in the process of migrating and consolidating all of the Google Publisher Policies and Google Publisher Restrictions to the new Publisher Policies Help Center. For now, you can still view all the policies in the AdMob, AdSense, and Ad Manager Help Centers, as well as the new Help Center.

When you monetize your content with Google ad code you are required to adhere to the following policies. Failure to comply with these policies may result in Google blocking ads from appearing against your content, or suspending or terminating your account.

These policies apply in addition to any other policies governing your use of Google publisher products.

Google helps to enable a free and open internet by helping publishers monetize their content and advertisers reach prospective customers with useful, relevant products and services. Maintaining trust in the ads ecosystem requires setting limits on what we will monetize.

Google Publisher Policies are organized into the following categories:

- Content policies
- Behavioral policies
- Privacy-related policies
- Requirements and other standards

💡 Learn more about the commonly used policy terms and what they mean in the glossary.

## Content policies

### Illegal content

We do not allow content that:

- is illegal, promotes illegal activity, or infringes on the legal rights of others.

ⓘ *Learn more about illegal content*

### Intellectual property abuse

We do not allow content that:

- infringes copyright. It is our policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act (DMCA). You can file a counter-notification via this form ⎋ .

### Policies

📄 ▮ Fix policy issues

📄 ▮ Beginner's guide

📄 ▮ AdSense Program policies

📄 ▾ Publisher Policies and Publisher Restrictions

   📄 Google Publisher Policies

   📄 Google Publisher Restrictions

   📄 Understand the Google Publisher Policies and Google Publisher Restrictions

📄 ▮ Policy enforcements

📄 ▮ Ad format specific policies

📄 AdSense policy change log



**Unlock Growth Potential**

Don't miss out on valuable AdSense insights. Opt in to receive performance reports, personalized tips, and webinar invites that can help boost your earnings

[ Opt in ]