**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

## CERTIFICATE OF SERVICE

I, Nima Gharavi, do hereby certify that on April 27, 2026, at 4:17 p.m. Central Time, I served true and correct copies of the following ECF-stamped documents upon Respondent Google LLC by hand delivery: Petitioner's Motion to Compel Compliance with DMCA 512(h) Subpoena (D.I. 13), Proposed Order (D.I. 13-1), Petitioner's Opening Brief in Support of Motion to Compel Compliance with DMCA 512(h) Subpoena (D.I. 14), and Declaration of Nima Gharavi, with Exhibits 1 through 7 (D.I. 15), upon:

**Google LLC**
c/o Razi Khan, Corporation Service Company, Registered Agent
222 S. Riverside Plaza, Suite 2310
Chicago, Illinois 60606

I further certify that on April 27, 2026, at 6:35 p.m. Central Time, I served true and correct copies of the foregoing ECF-stamped documents upon counsel for Respondent Google LLC via electronic mail:

| | |
|---|---|
| **Todd M. Hinnen**<br>Perkins Coie LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101-3804<br>thinnen@perkinscoie.com | **Lauren Tsuji**<br>Perkins Coie LLP<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101-3804<br>ltsuji@perkinscoie.com |

Dated: April 27, 2026

By: /s/ *Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

2