IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | ) ) ) ) ) ) | C.A. No. 26-mc-27 (MN) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brian P. Egan of MORRIS, NICHOLS, ARSHT & TUNNELL LLP hereby enters his appearance for Respondent Google LLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

OF COUNSEL:

Lauren Tsuji
Todd M. Hinnen
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA  98101-3804
(206) 359-8000

Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com

*Attorneys for Respondent Google LLC*

May 4, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 4, 2026, upon the following in the manner indicated:

Nima Gharavi (*pro se*)                                    *VIA ELECTRONIC MAIL*
4610 North Clark Street, Unit #1098
Chicago, IL  60640

*/s/ Brian P. Egan*

Brian P. Egan (#6227)