IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | ) ) ) ) ) | C.A. No. 26-mc-27 (MN) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Lauren Tsuji and Todd M. Hinnen of PERKINS COIE LLP to represent respondent Google LLC in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com

May 4, 2026

*Attorneys for Respondent Google LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Lauren Tsuji and Todd M. Hinnen is granted.

Dated: _____

_____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Washington and the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:    5/4/2026          /s/ *Lauren Tsuji*
                           Lauren Tsuji
                           PERKINS COIE LLP
                           1301 Second Avenue, Suite 4200
                           Seattle, WA  98101-3804
                           (206) 359-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/2024, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:  5/4/2026

/s/ Todd M. Hinnen

Todd M. Hinnen
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA  98101-3804
(206) 359-8000

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 4, 2026, upon the following in the manner indicated:

Nima Gharavi (*pro se*)                                    *VIA ELECTRONIC MAIL*
4610 North Clark Street, Unit #1098
Chicago, IL  60640

*/s/ Brian P. Egan*

Brian P. Egan (#6227)