IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | )<br>)<br>)<br>)<br>) | C.A. No. 26-mc-27 (MN) |

### GOOGLE LLC'S 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company.  No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

OF COUNSEL:

Lauren Tsuji
Todd M. Hinnen
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA  98101-3804
(206) 359-8000

May 4, 2026

Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com

*Attorneys for Respondent Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 4, 2026, upon the following in the manner indicated:

Nima Gharavi (*pro se*)                                          *VIA ELECTRONIC MAIL*
4610 North Clark Street, Unit #1098
Chicago, IL  60640

/s/ Brian P. Egan
_____
Brian P. Egan (#6227)