# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIMA GHARAVI,

Petitioner,

v.

GOOGLE LLC,

Respondent.

Case No. 25-mc-80164-WHO

**ORDER RE DISCOVERY DISPUTE**

Re: Dkt. No. 37

The parties raise a discovery dispute on how Section 512(h) of the Digital Millenium Copyright Act ("DMCA") may apply to this case. Petitioner Nima Gharavi ("Gharavi") seeks to compel respondent Google, LLC ("Google") to "conduct a search of all systems containing subscriber information for the YouTube accounts identified in [his] subpoena, including YouTube, Google Account, and AdSense databases." Joint Discovery Dispute ("Dispute") [Dkt. No. 37] at 3. Google, in turn, maintains that a Section 512(h) subpoena "cannot compel a service like AdSense, which does not store the allegedly infringing information, to disclose information." *Id.* at 5.

Section 512(h) of the DMCA provides a "streamlined procedure through which copyright holders may subpoena internet service providers . . . for information identifying an alleged copyright infringer." *In re DMCA § 512(h) Subpoena to Twitter, Inc.* ("*Twitter*"), 608 F. Supp. 3d 868, 877 (N.D. Cal. 2022) (Chhabria, J.); *see* 17 U.S.C. § 512(h). "'Service providers' generally include entities that maintain websites, deliver network access, or host content on their servers." *In re Subpoena of Internet Subscribers of Cox Comms., LLC* ("*Cox*"), 148 F.4th 1056, 1058 (9th Cir. 2025); 17 U.S.C. § 512(k).

Gharavi's position appears to be this: Google's systems, including YouTube and AdSense,

are "functional[ly] integrat[ed]," with each system falling under the broad umbrella of Google. *See* Dispute at 1. Google then "propagates user account information across YouTube, Google Account, and AdSense systems through integrated databases that synchronize automatically." *Id.* This structure is similarly reflected in Google's certificate of interested entities, Gharavi argues, as Google does not list YouTube or AdSense as independent service providers. *Id.* In his view, "YouTube and AdSense [therefore] are internal product names for services operated by Google LLC, not separate entities that can fragment disclosure obligations." *Id.* To the extent that "information is unavailable in YouTube databases but available in integrated Google Account and AdSense databases," Gharavi concludes that Section 512(h) "requires searching those . . . integrated solutions." *Id.* at 2.

While Gharavi maintains that Google is trying to "render[] § 512(h) meaningless" by claiming "legal entity separation [to] permit[] selective disclosure searches," Google argues otherwise. *Id.* In its view, Section 512(h) is a "narrow, limited authority" that allows for subpoena requests against a service provider "storing allegedly infringing material" to disclose information identifying the alleged infringer. *Id.* at 3. Here, because the allegedly infringing material was "hosted on YouTube," Google argues that a Section 512(h) subpoena cannot reach a service provider like AdSense who "does not store the infringing material." *Id.* And it does not seem to oppose Mr. Gharavi using a "broader authority, like a Rule 45 subpoena, that is subject to full judicial oversight and other safeguards such as protective orders." *Id.* Accordingly, "to the extent the subpoena purports to compel Google to disclose AdSense identifying information," Google seeks for the subpoena to be squashed. *Id.*

There is very little caselaw to guide my decision in this dispute. I conclude, however, that while Gharavi may be permitted to seek information about AdSense, it may not do so through a 512(h) subpoena. As Google argues, AdSense is a distinct entity from YouTube—users may "form a separate relationship . . . by agreeing to AdSense Terms and Policies and can submit different information when registering for AdSense." *Id.* And individuals may use YouTube without AdSense, and vice versa. *See id.* AdSense also does not appear to perform any storage function, as Google asserts, which would place it outside the scope of a Section 512(h) subpoena

2

power under Section 512(a). *See Cox*, 148 F.4th at 1067 (holding that a DMCA subpoena cannot be issued on an internet service provider who merely transmits the alleged infringing material).

Generally, the types of subpoenas that may be issued prior to the filing of a complaint are quite limited. Section 512(h) is one of them. A Rule 45 subpoena is an option for Gharavi, but not until he files a complaint against a party. Fed. R. Civ. P. 45. There may be other ways to acquire this information. But a Section 512(h) subpoena is the wrong vehicle for Gharavi's goals. His request to compel is DENIED.

**IT IS SO ORDERED.**

Dated: April 8, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California

3

# EXHIBIT 2



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

April 21, 2026

***Via Email Only***
*dmca@midwestwrestle.com*

Nima Gharavi

4610 North Clark St., #1098
Chicago, Illinois 60640
773-899-4688

> **Re: *In re DMCA 512(h) Subpoena to Google LLC*, United States District Court for the District of Delaware, 26-mc-27 (MN) (Internal Ref. No. 130688499)**

Dear Nima Gharavi:

Pursuant to the subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Without waiving, and subject to its objections, Google hereby produces the attached documents. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq. By this response, Google does not waive any objection to further proceedings in this matter.

We understand that you have requested customer information regarding the user account(s) specified in the subpoena, which includes the following information: (1) subscriber and recent login information for the YouTube and YouTube Music account(s) @wrestlingvirality, @World_Wrestling_TV, @Global_Wrestling_TV, @MrJahidFacts2.0, MRFACTS2007JVF@GMAIL.COM, @YoungBlood-f8h, @truesinisterscrime-d1z, @Submission_Squads, @wrestlermafia001, @TheLivingWord2.0, KBANTHONY91@GMAIL.COM, @Mr.unknown-w9k, @GrapplingTVSports, @HotSports0001, @GrapplingMasters, @Wrestlerspace, @rockyfuntv, @GodsMessageToday0.2, @Samsonwestler, @RockyFunTV1, https://www.youtube.com/channel/UC6uT6vlCBG4-U468a3ic87A, @CineClash2, @WrestlingFight84, @OnlyGainsTV.

Accompanying this letter is responsive information to the extent reasonably accessible from our system, a list of hash values corresponding to each file, and a signed Certificate of Authenticity. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

Finally, Google requests reimbursement in the amount of $125 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address above and please write the Internal Reference Number (130688499) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Austin Vonderheid
Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

### Hash Values for Production Files (Internal Ref. No. 130688499)

@CineClash2.1082417101978.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
a03477b0621dc8e4c90660f6199129a47abc5e57161d93be86d1a556d1e3b3c0c2ed616c8eda1f15f241a512
20550fda9c963f192b2830c0d221908417e79aef

@CineClash2.1082417101978.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
4099e5b0619a28379c7baece41330665decd70148003c354e45064c838d6f3b160ecb7b87db74fbcbe40c14
4d46e75424e26cf549ac267fa804353d064da33ed

@Global_Wrestling_TV.697681300218.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
e2e674f4885df73e04706865d0e05c633b56c608bb88b55a76d24705eb76dffbc4d0ae68b969c9c8caad02b1
39a2025f3ee2a3e0b03291626d196ef4ba811202

@Global_Wrestling_TV.697681300218.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
1bab608d88be6bca7f24d8747e041311f92c03bc170fea946a4a6c975d06b67e6f902d179c2d9c9bf63bab4d
63ed850ce91f3e940fe5d2e8a85fa9dd510389f5

@GodsMessageToday0.2.965115012160.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
185b3dc35fff25fd7fb18dd3e8155552254bcbfb62cbc76db30b6ea2e9cffc4eb38da05c28f36808dd34d4bd4
f3da4ae560d7df488e31d71c453d85ead2cb46a

@GodsMessageToday0.2.965115012160.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
9a4b8d0298c777fd4a6520abdb9be14c58e2830ffd873fe3fc3f2bc1a3054098a23494894776aff82ae0cbbfc5
958fc6af81fc29f576cd8ec87d6f7ab0aa0650

@GrapplingMasters.788675695300.GoogleAccount.SubscriberInfo_001.zip:

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

SHA512-
0e6b3534306689d944d941230a83f2f777d628a1c276e7ed26320483947f93d65d8a85b1262ec6e6ae85488
12c8480d771cab22b9fc79589bca8c9ce6c62ccd3

@GrapplingMasters.788675695300.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
b230cdc328fe2c9db95e106e0f0f2af5a4830114a2a62403dfd078885aaa09cf8966f5c39c9da2084e3ed2f9a1
abb2300bdcf31da6dca2322c769974f894a5c2

@GrapplingTVSports.161049791915.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
dc086d1086905ba372100cdd65154b143cead5cb5114900fd5956f8309efb6128b967e6e2b007129bc43941
f3eb08e3709b1a644a403ab93c887334a593cadd3

@GrapplingTVSports.161049791915.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
0d67445abda78215dc4d1f8c33c0aa4dd6591e3ecdf90ee76e495c8c91feab66e9dbaf5dc4b24b4f08becd18c
7cdbafb835e937436eda12e76c01369d1fd878a

@HotSports0001.719208309919.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
0047db972e7ab8b5286b4a67affbe1b2726bf653d6fd9e35e41b7f8c43eea1f481524518e3942ba8287506efb
afb4db73138e88bbb9d8c91977ffcad5d9b494e

@HotSports0001.719208309919.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
a0bdda25d37b074f2243d28cc1803e6ed1c67f85b94292e896df03aa7ac5d8aeae341a1b47f80a7c73f37c5aa
2f99a271c7130cd4fb08a509b9b8fd2c094ba05

@Mr.unknown-w9k.173395876820.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
a095f03bebaffd075ef82e85931586b9533df5b4c163c51621e4ebe6f8e159fbbbbc3ea8f5db2c2870d6ba96a
5edce078fdfe4b1c09ce72d7329ec3ebe4476ba

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

@Mr.unknown-w9k.173395876820.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
c16951acb08c8e95bfd4c00f15b2548addd2c1ce2ac462f887aed912639d47eebeb37974a5bd1d22e79a834f
e8db3fd66cc58961eb0f76d527e5d4f084ce29ff

@MrJahidFacts2.0.930970094252.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
669b5353e04d103241600920fed36396144c4256ef2b6d417950333b46eec8189b5c8e21d34cdb5dc6b96a5
63266cfe85952aca4d20b62e52725f2d7c947bbb1

@MrJahidFacts2.0.930970094252.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
e95ce61864b00f70d949f2cc0310f1cc5ee232035df4a74e3402830872a30fdd6926813077b42d5c32a9ca78
e2f9215b61a46b4471679fafc646d396fa9060b8

@OnlyGainsTV.428985139128.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
becb40a505e929b50f4ed1597671c107f3bbbace0cb88d54532f44d545babc43917d5d39506eed424b77e9a
d36ad3bb41ab1b371928b17447903e8f0ecde89c0

@OnlyGainsTV.428985139128.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
63c36155c4c134dc1f5a00bc900ce5f002c81e7f686cf12d12162054a025edace22b0f8821072fd7e6a2356c3
3683212e7bf1f3c239a52fa8aee3bef2de102fc

@RockyFunTV1.379058629604.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
b224127f8f5c631fe2b36179ba70fb9cf50f0701d13d4c916bbf5ab7d740637c362d0482b319788ddbbc2b6a
fac40460116fcb625fa68ff81e4b332c553a81b2

@RockyFunTV1.379058629604.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
4d89b2b61d03a836ead1f02bc50d67fcdeb23a8ac9178d7f83adc3fcf720057747a0e71572eb5a254264ac56

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

153d6565d03dd4cd44f9e7312e7e99648e594652

@Samsonwestler.1067946848672.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
cb64bf1b6258b90414df694c3d6bac27dab797a85d8dd440e40c65611d61efd4b57cbb225a507634604af0c
81dc1ddb3ed1c0c45dcdc18b3e3088bbef328eca6

@Samsonwestler.1067946848672.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
97b623005e10fb90cb95967bf300f1740bea58f0fffae4f39f5d2e00b45468f1a9c3951cf3f8a4c0aff40725d41
d6821d37c163b8dbcd8f0f372d0a631c06230

@Submission_Squads.764757025725.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
954855f040784189fdd1e29f00e0b647475c066efb021c4c1416bab85dd9f05e0d230027a3708c9e786f9aea
bba13b0ebbf456e130a1de94280a42ba0a3a0eb1

@Submission_Squads.764757025725.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
b249232d50f4afb1d6ee4b5ac82889360b70f07af58a17c4883d53ab67900f528c79abc8305d530831a45ce8
82f27b7bd753d63c961c8cc11c85ae3e90c3717a

@TheLivingWord2.0.43281576834.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
c1fc68ab4714ea589d61cb4fb4ced3ae9146ba6aca51ed37faf031744cce89ae3c67dfce3f3caf9b20c1b7869f
9d07939f9695a581240c987ba06b4dafaaea41

@TheLivingWord2.0.43281576834.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
37b36ea14579c6427c1498e8c845e79bfe833f137314f4517916ef40599a3a734b024406e5efbeff05a58e90b
da14ed0331945efc531a66f714164b48e772852

@World_Wrestling_TV.1015378553134.GoogleAccount.SubscriberInfo_001.zip:



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

SHA512-
d6d9e21ac7009789eff2b41c43cf8ae2a95769fdf747c55829015b67989db67328a336b0d5ce7a23da6493fd
2b6b014d146d66884e266043a410f1e6202a7c10

@World_Wrestling_TV.1015378553134.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
90ca5b727b6c58d02e123adf8d07692b58109d198e7226e11e6cc2edb6b40b760b1d42e0f92538d2220e658
a96d4c14f30b4181bab2287e296c5824d69558c21

@Wrestlerspace.637445089954.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
88cd0b6f72407edf5b11b5bb914974461e66fa7518745a55493fdd9898b339c371ff588481c1b5350254f938
26cd0ed0a1a0bae9f9b37a8c1a2b04e47e588f91

@Wrestlerspace.637445089954.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
a724cf9113b38424f68742296b60da314d320328bceb29b6bdb0eb7014aebad90f7c0e183c73225d2ea650a
16f031b683ade1c3d514be42af6a25183923a32ad

@WrestlingFight84.1004894473241.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
d27879d4c18dc6fb8dc016445bb8c3e42e5d01a751c63ae4d465053d7857af0bf99985ee3386cb19002867b
19edfeca8ccf98ccb2b13eb92f5c2d7398f2c5ec9

@WrestlingFight84.1004894473241.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
5e87220cbc908d723885a13ef54448da18c458f018820038ac50d2721efeeee702580e82e5c58f9379fd9fd1b
a3a5011483453915e25bee055406b7f60363413

@YoungBlood-f8h.498699939268.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
29da3e7218de2779806ce9aa659a554c272db7017592c75c7412cd5d83240fefb2b56d5527da7a78f885976
373e4ed1335d1e5c497c41d1c6d4a4ce05f9179ca

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

@YoungBlood-f8h.498699939268.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
584b599f4e9e052f60b04f2463c4c496adfb30a39cd847de5f141ab4d0687c63b8ac05e8e18cdbdedc5050e9
5a5a0fca21b5bb8b98da241d16bd57e476fcc7cb

@rockyfuntv.287987613851.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
c937f85a1838bb7fe33bc5696723c9c49fbaf798664ad48d466d04c59ef4ff5179e22139fc31556c9e9beb20b
f1ff5f199519103b0e32959ab5a50f6f68968a4

@rockyfuntv.287987613851.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
fc3022654b7011c31a698a5250058e5bdb09280009d113d6f406d63873724b8981c792f52426ba2ae50024d
fe17b23f4db7d3e3320d62f979602e9419f291480

@truesinisterscrime-d1z.324775487705.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
b3270a28cf1c3ffdb2adb3d7a69d894f21c93533fedb63eeeeda5d4a60d2a08254fcd8c2fef57c9ad58228e8c9
5e3085a1595ab9364c394820d861f37c074673

@truesinisterscrime-d1z.324775487705.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
436b055b15ac363b435216884fa7961dbdc5d7df50e8da9c91082f79b3f37a10b2e11e9c134a01319b3e719
88232852a9cc67449327a0f28bf43e6ba1d0ee725

@wrestlermafia001.1092561533970.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
b984da33ef058fb85ad82230137cbb152ee94d801dba72f5c052bf15cdb812be542a4e07440ef5c3fe1d1022
40120ac7790d9df755f5755cd0d37eddddabf1bd

@wrestlermafia001.1092561533970.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
b8430b90a1627b08c825a0e60d8f4a658d56e39940918b23af67d0e586de9e51ef7726d29df29f5412df95ad

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



google-legal-support@google.com
www.google.com

3946e583bd126d30e3f164e31a3630d629a9b8a0

@wrestlingvirality.58116434320.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
fb6fede80265775ff1a44bed4038cfa2a9423d1b20bd2b8137100ac02026c760719e5fae6bd3d0ac5be886ecd
6174e7d4196b53674c451e34553abec651de7cb

@wrestlingvirality.58116434320.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
e6c6e2dcded67b0cd644d3283114cdbfbb8f1b09b9521fc1feaf5ed0e248827d0e63a994e36c445905ae1d55
5ff341556f7b6f467b0795b563ff609445e523eb

https...www.you...BG4-U468a3ic87A.358188564759.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
70e3f7921dec6e93acc1f1da1603dc5893f81edfc824deb7a64175fc3b9c7ac53fb21f45f69964c90aa6ca41e7
953b6e01ad902a2d04535c6e21e8eb7017f275

https...www.you...BG4-
U468a3ic87A.358188564759.YoutubeAndYoutubeMusic.BasicSubscriberInfo_001.zip:

SHA512-
e9b5b1ec9261de272b3ae7ffacf37ad421ffda5f7c1c435544333349a6f5aab9e1e167417baa66838cd90aa9ac
cbc1a3366e77fd58f918ae32826082b0cad5c2

kbanthony91@gmail.com.127802428949.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
fcacd5a04eb4b5a25ff6e65579b88a81ca886b23ad4a784bc63c149488f64245c7ebc6ba361b6a9b63916048
fdbf952c2573f1635d89d3452af3d18bd67dcd4e

mrfacts2007jvf@gmail.com.164989159874.GoogleAccount.SubscriberInfo_001.zip:

SHA512-
d8e755d196e6448cdbe6d5688ca2de79b22273bfaecdc37f7a5132e1fefda24761649b516420bc66035bd5bc
90f6a44c889be1ad354c51fe5bfa230785bd5ef6



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

google-legal-support@google.com
www.google.com

**CERTIFICATE OF AUTHENTICITY**

I, Austin Vonderheid, certify:

1. I am a Custodian of Records for Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this Certificate of Authenticity on behalf of Google in response to a subpoena dated March 24, 2026 (Google LLC Internal Reference No. 130688499) in the matter of *In re DMCA 512(h) Subpoena to Google LLC*. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. The accompanying 46 file(s) contain true and correct copies of records pertaining to the YouTube External IDs @wrestlingvirality, @World_Wrestling_TV, @Global_Wrestling_TV, @MrJahidFacts2.0, MRFACTS2007JVF@GMAIL.COM, @YoungBlood-f8h, @truesinisterscrime-d1z, @Submission_Squads, @wrestlermafia001, @TheLivingWord2.0, KBANTHONY91@GMAIL.COM, @Mr.unknown-w9k, @GrapplingTVSports, @HotSports0001, @GrapplingMasters, @Wrestlerspace, @rockyfuntv, @GodsMessageToday0.2, @Samsonwestler, @RockyFunTV1, https://www.youtube.com/channel/UC6uT6vlCBG4-U468a3ic87A, @CineClash2, @WrestlingFight84, @OnlyGainsTV ("Document").

3. The documents attached hereto reflect records made and retained by Google. The records were made at or near the time the data was acquired, entered, or transmitted to or from Google; the records were kept in the course of a regularly conducted activity of Google; and the making of the records were a regular practice of that activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: April 21, 2026

*Austin Vonderheid*

Austin Vonderheid, Custodian of Records for Google LLC