IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE DMCA 512(h) SUBPOENA TO | ) |  |
| GOOGLE LLC | ) | C.A. No. 26-mc-27 (MN) |
|  | ) |  |
|  | ) |  |

**DECLARATION OF AUSTIN VONDERHEID IN SUPPORT OF RESPONDENT
GOOGLE LLC'S OPPOSITION TO MOTION
<u>COMPEL COMPLIANCE WITH DMCA 512(H) SUBPOENA</u>**

I, Austin Vonderheid, declare as follows:

1.      I am a Policy Specialist/Custodian of Records at Google LLC ("Google") and have been working with Google's in-house and outside counsel to respond to the above referenced subpoena. I submit this declaration in support of Google's Opposition to Petitioner's Motion to Compel Compliance with DMCA 512(h) Subpoena. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2.      When Google receives a DMCA Subpoena under Section 512(h) for information related to YouTube Videos, it notifies the YouTube account holder via the email address provided for the account holder and provides 10-days for the account holder to raise any objection to Google's production, including based on First Amendment issues. After 10 days, provided Google has received no objection or indication that the user intends to move to quash the subpoena, Google produces YouTube Basic Subscriber Information collected from the account holder when the account was created.

3.      The YouTube Basic Subscriber Information contains fields for name and address of the account holder, but the user is not required to fill out these fields or to fill them out accurately, with their actual name and address.

4. When Google receives a DMCA Subpoena under Section 512(h) for information related to Blogger weblogs ('blogs"), it notifies the Blogger account via the email address provided for the account holder and provides 10-days for the account holder to raise any objection to Google's production, including based on First Amendment issues. After 10 days, provided Google has received no objection or indication that the user intends to move to quash the subpoena, Google produces Blogger Basic Subscriber Information collected from the account holder when the account was created.

5. The Blogger Basic Subscriber Information contains fields for name and address of the account holder, but the user is not required to fill out these fields or to fill them out accurately, with their actual name and address.

6. AdSense is a separate Google service, and not by default associated with YouTube or Blogger. AdSense, YouTube, and Blogger user data are stored and maintained separately in Google's ordinary course of business.

7. A YouTube or Blogger user may or may not have an AdSense account, and if the user has an AdSense account it may or may not be used to generate revenue from YouTube or Blogger content.

8. Similarly, an AdSense user may or may not have a YouTube account or a Blogger account. AdSense allows creators and publishers to earn money by displaying high-quality, relevant ads from trusted advertisers on their website, games, and content.

9. AdSense does not store, host, or maintain users' content. It allows creators and publishers to earn and receive ad revenue generated by their content, regardless of what service provider the content is stored on.

10.    AdSense, YouTube, and Blogger are governed by different Terms of Service. The AdSense Terms of Service is located at https://adsense.google.com/adsense/terms, the YouTube Terms of Service is located at https://www.youtube.com/static?template=terms and the Terms of service applicable to Blogger is located at https://policies.google.com/terms?hl=en-US. Each of these terms can also vary based upon the jurisdiction of the user signing up.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th Day of May, 2026 in Austin, Texas.

By: */s/ Austin Vonderheid*
Austin Vonderheid

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 11, 2026, upon the following in the manner indicated:

Nima Gharavi (*pro se*)                                              *VIA ELECTRONIC MAIL*
4610 North Clark Street, Unit #1098
Chicago, IL  60640


*/s/ Brian P. Egan*

Brian P. Egan (#6227)