**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

### <u>SUPPLEMENTAL DECLARATION OF NIMA GHARAVI</u>

I, Nima Gharavi, declare as follows:

1. I am the Petitioner in this miscellaneous proceeding and appear *pro se*. I am the exclusive owner of copyrights in the original video works at issue. I have personal knowledge of the facts set forth in this declaration, except where stated upon information and belief.

2. Attached hereto as **Exhibit 8** is a true and correct copy of the Joint Discovery Letter Brief filed in *In re DMCA § 512(h) Subpoena to Google LLC*, No. 3:25-mc-80164-WHO (N.D. Cal. Jan. 26, 2026), ECF No. 37, as obtained from the Public Access to Court Electronic Records (PACER) system. On January 23, 2026, I received from Lauren Tsuji of Perkins Coie LLP, via email, Google's position as memorialized in Exhibit 8, including the argument that "[i]f Mr. Gharavi wants to compel a non-storing service provider to disclose information, he must use a broader authority, like a Rule 45 subpoena, that is subject to full judicial oversight and other safeguards such as protective orders." I filed the Delaware subpoena on January 27, 2026.

3. Attached hereto as **Exhibit 9** is a true and correct copy of the Order issued in *In re DMCA § 512(h) Subpoena to Dynadot, Inc.*, No. 3:25-mc-80138-TLT (N.D. Cal. Aug. 13, 2025), ECF No. 19, as obtained from PACER.

4.  Attached hereto as **Exhibit 10** is a true and correct copy of the Google LLC Terms of Service, as accessed at https://policies.google.com/terms?hl=en-US on May 15, 2026.

5.  The D. Del. subpoena that is the subject of this proceeding covers 25 YouTube accounts and one Blogger/Blogspot account. The N.D. Cal. subpoena that was the subject of *In re DMCA § 512(h) Subpoena to Google LLC*, No. 3:25-mc-80164-WHO (N.D. Cal.), covered eight different YouTube accounts. None of the accounts covered by the D. Del. subpoena overlap with the accounts covered by the N.D. Cal. subpoena.

6.  Google's Answering Brief states that "[u]pon receipt of takedown requests issued by Petitioner, YouTube and Blogger effectuated the takedown notification and removed the allegedly infringing videos." D.I. 21 at 2. With respect to the Blogger/Blogspot account at issue in this proceeding (sportyboyblog.blogspot.com), that characterization does not accurately reflect the record. The following is an accurate account of my efforts to obtain DMCA compliance from Google's Blogger platform with respect to the content at https://sportyboyblog.blogspot.com/2023/10/college-wrestler-in-tight-lycra-singlet.html:

    a.  On October 9, 2024, I filed an initial DMCA takedown notice (Report ID: 1-2741000036916).

    b.  On October 10, 2024, after Google responded that it was "unable to locate" the infringing content, I responded with detailed content location information, including direct links to the embedded images.

    c.  On October 21, 2024, following continued non-action by Google, I refiled the DMCA notice (Report ID: 8-3096000037406).

d.  On October 22, 2024, after Google responded that it was "unable to locate" the infringing content, I provided screenshots of the visible infringing content.

e.  On February 2, 2026, I filed a third DMCA notice (Report ID: 4-8879000040391), and on February 3, 2026, I again received an "unable to locate" response from Google.

f.  On February 3, 2026, I filed an appeal within Google's reporting system after receiving yet another "unable to locate" response.

g.  On February 13, 2026, having received no remedial action from Google's removal team despite responding to Google's removal team emails on four separate occasions, I contacted Todd M. Hinnen and Lauren Tsuji of Perkins Coie LLP to seek their assistance in obtaining Google's voluntary compliance.

h.  On February 16, 2026, Hinnen responded that he was "conferring with our client" and hoped "to close the loop with you shortly."

i.  On February 25, 2026—more than sixteen months after my initial DMCA notice—Hinnen confirmed in writing that "further action has been taken" with respect to the infringing content.

7.  On May 11, 2026, Hinnen notified me by email that Google would produce subscriber information for the Blogger/Blogspot account on May 17, 2026. As of the date of this Supplemental Declaration, May 18, 2026, that production has not been made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Executed on May 18, 2026.                    By: */s/ Nima Gharavi*

Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*

4