**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC | Misc. Action No. 26-27 (MN) |

## NOTICE OF SUBSEQUENT DEVELOPMENT

Subsequent to the filing of Petitioner's Reply Brief in Support of Motion to Compel Compliance with DMCA § 512(h) Subpoena (D.I. 24), Google LLC produced basic subscriber information for the Blogger/Blogspot account identified in the subpoena. Accordingly, Section IV.B.7 of Petitioner's Opening Brief (D.I. 14), and Section IV of Petitioner's Reply Brief (D.I. 24), each seeking that specific production, are moot. The motion otherwise remains fully in dispute: Petitioner seeks AdSense subscriber information for all 26 accounts—including the Blogger/Blogspot account operator—from which no AdSense information has been produced; subscriber information of any kind for @Notfunnybjj and @sportsmodelsmoviestars, for which Google has produced nothing; and a full accounting from Google as to @GrapplingFightZone, which Google has represented contains no responsive information and which Petitioner disputes.

Respectfully submitted,

Dated May 19, 2026

By: */s/ Nima Gharavi*
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

*Petitioner*